## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:                                          Case No.: 13-40418-PGH
                                                Chapter 7

**MICHAEL JOHN PELLEGRINO,**

   **Debtor.**

_____

**MICHAEL R. BAKST, Trustee in
Bankruptcy for Michael John Pellegrino,**

   **Plaintiff.**

vs.                                             Adv.Proc.No.: 14-01406-PGH

**MICHAEL JOHN PELLEGRINO,**

   **Defendant.**

_____/

### ANSWER TO COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727

The Defendant, **Michael John Pellegrino**, answers the complaint for non-

dischargeability of debt filed by Plaintiff, **Michael R. Bakst, Trustee in Bankruptcy**

**for Michael John Pellegrino,** as follows:

### GENERAL ALLEGATIONS

1.     Defendant admits the allegations in paragraph 1 of the Complaint.

2.     Defendant lacks sufficient information to admit or deny the allegations in

paragraph 2 of the Complaint.

3.     Defendant admits the allegations in paragraph 3 of the Complaint.

4.     Defendant admits the allegations in paragraph 4 of the Complaint. However,

Defendant informed Plaintiff that in addition to amending Schedule I (the income schedule),

1

which the Plaintiff accepted, a corresponding amended expense schedule was being prepared as the Defendant needed additional time to compile the prior year's expenses. Amended Schedule I and updated Schedule J are attached hereto as Exhibit A.

5.     Defendant admits in part and denies in part the allegations in paragraph 5 of the Complaint. While Defendant agrees in substance that Defendant has always maintained he and his wife own Michael Pellegrino, Inc., the language Plaintiff quotes is not found on the amended Schedule B-13, which is attached hereto as Exhibit B.

6.     Defendant admits the allegations in paragraph 6 of the Complaint.

7.     Defendant in part denies and in part lacks sufficient information to respond to the allegations in paragraph 7 of the Complaint. Defendant is unsure if it was correct to list Michael Pellegrino, Inc. as tenants by the entireties. Defendant's counsel advised that joint property with Defendant's wife should be listed as tenants by the entireties. Defendant's counsel now admits this was a mistake because Defendant and his wife have joint debt, making the tenants by the entireties exemption inapplicable. Defendant denies this was an effort to conceal value from the Plaintiff as (1) Defendant deferred to Defendant's counsel on this legal issue and (2) notwithstanding this apparent legal error, Defendant's position continues to be that Michael Pellegrino, Inc. has zero value to any third party as it is a service business.

8.     Defendant denies in part and admits in part the allegations in paragraph 8 of the Complaint. Schedule C was never amended. As stated above, Defendant has always maintained that he and his wife together own Michael Pellegrino, Inc. Defendant agrees with the rest of the allegations in paragraph 9. However, if listing Michael Pellegrino, Inc. as an exempt asset while claiming it has zero value is inconsistent as a legal matter, this was an error made by Defendant's counsel. Defendant is not sure the merits of this legal claim as Defendant's counsel

2

had advised via email "*We attended the hearing on your claimed exemptions. The judge correctly ruled that even if the company has no value, then you may be entitled to the amount of the exemption, but not necessarily the underlying property. This is consistent with a US Supreme Court case, Shaw v. Reilly*".

9.     Defendant admits the allegations in paragraph 9 of the Complaint.

10.    Defendant denies the allegations in paragraph 10 of the Complaint. Defendant supplied the Trustee with both tax returns, 1040 and 1120s including K-1s, for 2011 and 2012 at the 341 meeting on January 28, 2014 as well as at the Rule 2004 Examination on April 7, 2014. The 2011 1040 and 1120s tax returns indicated 100% ownership of Michael Pellegrino, Inc. by the debtor whereas the 2012 1040 and 1120s tax returns indicated 50% ownership of Michael Pellegrino, Inc. by the debtor.

11.    Defendant admits the allegations in paragraph 11 of the Complaint.

12.    Defendant admits the allegations in paragraph 12 of the Complaint.

13.    Defendant admits the allegations in paragraph 13 of the Complaint. Defendant informed Plaintiff that initial income and expense schedules were estimates (which is clear given zero listed as rent expense). Defendant completed an accurate income schedule and submitted it while informing Plaintiff that more time was needed to complete an accurate expense schedule. Once Defendant completed the accurate expense schedule on April 22, 2014, it was forwarded to the Plaintiff.

14.    Defendant admits in part and denies in part the allegations in paragraph 14 of the Complaint. The monthly surplus only appeared due to Defendant amending the income schedule (increasing the income amount) and not the expense schedule at the same time. The amended expense schedule increased total expenses due to Defendant having listed zero for items not

3

known at the time of initial filing (e.g. rent expense was listed as zero).

15.    Defendant admits in part and denies in part the allegations in paragraph 15 of the Complaint. Defendant informed Plaintiff all along that the income and expense schedules were estimates. Defendant did not amend the net number because only the income portion was accurate at that point so that the net number was not accurate.

16.    Defendant admits the allegations in paragraph 16 of the Complaint. Defendant made an honest mistake. Defendant had disclosed that he was 100% owner in 2011 and that currently Michael Pellegrino, Inc. was jointly owned with his wife 50/50 so there was no attempt to conceal the transfer. Defendant mistakenly thought the transfer occurred more than 2 years before the bankruptcy filing, but in fact it occurred one year and 364 days prior to filing.

17.    Defendant admits the allegations in paragraph 17 of the Complaint.

18.    Defendant admits the allegations in paragraph 18 of the Complaint. Defendant informed Plaintiff all along that the income and expense schedules needed to be updated once Defendant was able to compile the prior year's finances.

19.    Defendant admits the allegations in paragraph 19 of the Complaint.

20.    Defendant admits the allegations in paragraph 20 of the Complaint.    Defendant was unaware of the mistakes at that time so did not know to correct them (this does not include the Viper valuation, which the Defendant still believes to be more accurate than the Plaintiff's appraisal).

## COUNT I - DENIAL OF DISCHARGE
### PURSUANT TO 11 U.S.C. §727(a)(3)

21.    Defendant realleges paragraphs 1 through 20 as if fully set forth herein.

22.    Defendant denies the allegations in paragraph 22 of the Complaint. Defendant

4

maintains all documentation. The reason income and expense estimates were initially provided is it takes Defendant time to compile all the documentation/transactions from the prior year (Defendant typically files tax returns in September the following year once he has had the chance to reconcile the documentation/transactions from the prior year). Defendant's accounting process is not modernized. Reconciliation is done by hand. Defendant was able to compile business income and expenses when the initial schedules were submitted, but not his personal expenses.

23.     Defendant denies the allegations in paragraph 23 of the Complaint. As stated previously, the surplus Plaintiff is referencing is based on an accurate income schedule, but an estimated expense schedule. Plaintiff is aware that the expense schedule needed to be modified to include rent and other expenses. Furthermore, what the Plaintiff describes as "Debtor appears to be taking out cash each month from Michael Pellegrino, Inc." were business expenses reimbursed by clients (receipts and reimbursed checks attached hereto as Exhibit C).

24.     Defendant denies the allegations in paragraph 24 of the Complaint.

25.     Defendant denies the allegations in paragraph 25 of the Complaint.

26.     Defendant denies the allegations in paragraph 26 of the Complaint. Count I is based on the claim that Defendant failed to maintain sufficient records for Plaintiff to ascertain his finances, which Defendant denies. If anything, Defendant's records are too detailed and compiling such records by hand caused a delay in painting an accurate picture of his finances.

WHEREFORE, Defendant respectfully requests that the Court enter judgment denying Plaintiff's claim to deny the discharge of the Defendant's debt.

## COUNT II - DENIAL OF DISCHARGE

## PURSUANT TO 11 U.S.C. §727(a)(4)(A)

27.     Defendant realleges paragraphs 1 through 20 as if fully set forth herein.

28.     Defendant denies the allegations in paragraph 28 of the Complaint. While Defendant admits to have made some honest mistakes in this case, Defendant denies purposely being untruthful. This is supported by Defendant having nothing to gain from these honest mistakes as more fully described below.

29.     Defendant admits the allegations in paragraph 29 of the Complaint.

30.     Defendant denies the allegations in paragraph 30 of the Complaint. Other than omitting items from the income and expense schedules Defendant informed Plaintiff would be filled in at a later time, Defendant did not knowingly omit or misstate any material info in submitted documentation.

31.     Defendant denies the allegations in paragraph 31 of the Complaint and addresses each allegation separately:

(a)     As discussed in paragraph 7, Defendant's counsel advised it was proper to disclose Defendant's interest in Michael Pellegrino, Inc. as tenants by the entirety with Defendant's wife;

(b)     As discussed in paragraph 8, Defendant's counsel advised it was proper to claim Defendant's interest in Michael Pellegrino, Inc. as an exempt asset despite Defendant's claim such interest has a fair market value of zero;

(c)     Same as subparagraph (b) immediately above. Each of subparagraphs (a)-(c) were mistakes made by Defendant's counsel, who has been relieved due to (1) poor advice on these issues among others and (2) Defendant's inability to continue paying legal fees;

(d)     As discussed in paragraphs 4, 13-15, 22 and 23, Defendant initially provided estimates for income and expenses. Unfortunately Defendant's accounting is not modernized and everything is compiled by hand. Defendant mistakenly submitted a revised income schedule after he compiled all the income amounts without at the same time submitting a revised expense schedule as well (the amended expense schedule was not ready at that time). The result of this action was an overstated monthly surplus. Once Defendant completed the accurate expense schedule on April 22, 2014, it was forwarded to the Plaintiff. It is clear that the initial schedules

6

were estimates. For example, rent expense was listed at zero as Defendant previously discussed with Plaintiff that Defendant was not sure what an accurate rent number would be. For expense items Defendant was not sure of the amount, Defendant left blank or listed as zero. With both of the revised schedules (the income and the expense schedules) that are attached as Exhibit A hereto, it is apparent that there is no monthly surplus, which is consistent with the Defendant's statements to the Plaintiff;

(e) There was no failure to disclose Defendant's actual income. Defendant disclosed his actual income through both Michael Pellegrino, Inc. and social security on his Statement of Financial Affairs Question 1 (Plaintiff is correct that the two income items were not separated out between Questions 1 and 2). The Statement of Financial Affairs is attached hereto as Exhibit D;

(f) Omitting the transfer of 50% of Michael Pellegrino, Inc., Defendant's and his wife's service business, to Defendant's wife was an honest mistake. This should seem obvious to a third party as Defendant has nothing to gain by not disclosing the transfer. First, Defendant believes it was a fair market value transfer at the time (Defendant's wife paid $500 plus her services which provided ~50% of the revenue going forward) such that fraudulent conveyance reclamation should not be an issue. And even if the transfer was undone through fraudulent conveyance and Plaintiff had access to 100% of the service company going forward, there is no difference as there is no value in Michael Pellegrino, Inc. to a third party. Defendant has no objection to handing over the shares in Michael Pellegrino, Inc. if it helps resolve this issue; and

(g) Defendant honestly believed his 1999 Dodge Viper, which is not in working condition, is worth only $3,500.00 (value of parts) and questions the accuracy of Plaintiff's appraisal at $18,500.00. Defendant has nothing to gain by understating the value of this vehicle at any amount that is less than the lien on this vehicle, which is $33,116. So while Defendant disagrees with the Plaintiff's appraisal, Defendant would agree to accept this valuation if it helps resolve this issue.

32. Defendant admits the allegations in paragraph 32 of the Complaint.

33. Defendant denies the allegations in paragraph 33 of the Complaint. While Defendant agrees to having made some honest mistakes, these are clearly not fraudulent omissions or misstatements as there is nothing for Defendant to gain by these mistakes as described above.

WHEREFORE, Defendant respectfully requests that the Court enter judgment denying

Plaintiff's claim to deny the discharge of the Defendant's debt.

Dated: May 23, 2014.

DEFENDANT

MICHAEL J. PELLEGRINO
4941 NW 23rd Court
Boca Raton, FL 33431

EXHIBIT A

[AMENDED INCOME AND EXPENSE SCHEDULES ATTACHED HERETO]

.

**Fill in this information to identify your case**

| | |
|---|---|
| Debtor 1 | **Michael John Pellegrino** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **13-40418** |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

# Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | **Property Management** | **Educator-Tutoring** |
| | **Employer's name** | **Michael Pelligrino, Inc.** | **Michael Pelligrino, Inc.** |
| | **Employer's address** | **4941 NW 23rd Court**<br>**Boca Raton, FL 33431** | **4941 NW 23rd Court**<br>**Boca Raton, FL 33431** |
| | **How long employed there?** | **13 years** | **3 years** |

**Part 2:    Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **416.67** | $ **416.67** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **416.67** | $ **416.67** |

Debtor 1   **Michael John Pellegrino**                                      Case number (if known)   **13-40418**

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4. | $ | 416.67 | $ 416.67 |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 31.88 | $ 31.88 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ | 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ | 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **31.88**   $ **31.88**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **384.79**   $ **384.79**

8. **List all other income regularly received:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 1,350.00 | $ 1,350.00 |
| 8b. | Interest and dividends | 8b. | $ | 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ | 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ | 1,481.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ | 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ | 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ | 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **2,831.00**   $ **1,350.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **3,215.79** + $ **1,734.79** = $ **4,950.58**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **4,950.58**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: [                                        ]

B6J (Official Form 6J) (12/07)

In re  Michael John Pellegrino _____ ,          Case No.  13-40418 _____
        **Debtor**                                                  **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,150.00 |
|    a. Are real estate taxes included?    Yes _____ No ✓ | |
|    b. Is property insurance included?    Yes _____ No ✓ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 100.00 |
|         b. Water and sewer | $ 85.00 |
|         c. Telephone | $ 87.00 |
|         d. Other  cable | $ 112.00 |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 900.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 300.00 |
| 10.Charitable contributions | $ 10.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 30.00 |
|       b. Life | $ 177.00 |
|       c. Health | $ |
|       d. Auto | $ 10.00 |
|       e. Other _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)  2012 & 2013 projected taxes payable in 24 months. | $ 404.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ |
|       b. Other  replacement car lease | $ 200.00 |
|       c. Other _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  Daughter's School Expense | $ 600.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,415.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    Starting on March 14, 2014, daughter had appendix removed and spent 15 days in hospital and 10 days outpatient - estimate max out of pocket costs are $10,000.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ |
|   b. Average monthly expenses from Line 18 above | $ |
|   c. Monthly net income (a. minus b.) | $ |

EXHIBIT B

[AMENDED SCHEDULE B ATTACHED HERETO]

re    Michael John Pellegrino                                    Case No.    13-40418

                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Investments** **Account No. XXXX9441** | H | 4,201.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Michael Pellegrino, Inc. (active)** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                    Sub-Total >        **4,201.00**
                                                (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

EXHIBIT C

[EXPENSE RECEIPTS AND REIMBURSED CHECKS ATTACHED HERETO]

1

60272

Vendor No: MPELLE  / Name: **MICHAEL PELLEGRINO, INC.**                                    60272

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19899 | FL MAINT2 | 12/08/12 | 278.34 | 0.00 | 0.00 | 278.34 |

(Acct: 10000001-904)                    Check Date 12/26/12                    Total                    $278.34

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



| | |
|---|---|
| **Date** | 12/8/2012 |
| **Invoice #** | 19899 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/8/2012 |
| **Due Date** | 12/8/2012 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Pool Supplies | 34.96 |
| Reimbursement - Truck Rental | 75.00 |
| Reimbursement - Supplies | 148.38 |
| Reimbursement -Gas | 20.00 |

| | |
|---|---|
| | $278.34 |
| | $0.00 |
| | $278.34 |

EIN 01-0571558          (561) 870- 6666
                        (561) 241-8442

WELCOME TO
JOHNSON SHELL
SHELL                          5/ 543 665509
815 N FEDERAL HWY                  S1S025.?
HOLLYWOOD    FL  33020

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 20.00 |

Sub Total          20.00
Tax            0.00

TOTAL        20.00
CASH  $       20.00

THANKS,COME AGAIN
REG# 0002 CSH# 001 DR# 01  TRAN# 2  12.
11/29/12  12:05:13              ST#   827

---

## 100% Satisfac.      .tee

### A Brand You Can Trust

Office Depot® Brand products may be exchanged or .eturned at any time, for any reason (see below for ink and toner return policy). For returns with original receipt, purchase price, or order confirmation (Original Receipt), customer will receive a full refund. For returns without a receipt, see below.

All other exchanges and returns must be in original, unopened condition and include all accessories.

With Original Receipt, all ink and toner and non-Office Depot® Brand supplies may be exchanged or returned for a full refund within 30 days of purchase.

Office Depot reserv.
make exceptions on o.

**Refund Method for Returns with Original Receipt:**

| If you paid with: | Your refund will be: |
|-------------------|----------------------|
| Cash or check greater than 10 days ago | Cash |
| Check less than 10 days ago or | Office Depot® Merchandise Card |
| Office Depot® Gift Card | |
| Credit Card or Debit Card | Same Card |

All returns of ink, toner, and supplies without an Original Receipt require valid government identification. Items still active in our computer system will be refunded in the form of an Office Depot® Merchandise Card in an amount equal to the lowest retail price during the preceding 90 days. If that amount is under $10, we will refund in cash. Office Depot reserves the right to request identification or deny any exchange or return.

Technology and Consumer Electronic Products may only be exchanged or returned within 14 days of purchase with Original Receipt, in original packaging with UPC code. If not to opened, we will only offer an exchange. A 15% Restocking Fee will be applied if any components are missing. Opened software may be exchanged for the same item only. Removal of Personal Data: Please remove all personal data from exchanged/returned product. Office Depot is not responsible for any personal data left in or on exchanged/returned product.

Furniture may only be exchanged or returned within 14 days of purchase with Original Receipt in new condition, unassembled, in original packaging with UPC code.

Catalog and Web Purchases may be returned/exchanged in accordance with this

OFFICE DEPOT STORE
104 N.28TH AVENUE
HOLLYWOOD, FL 33020
(954) 924-2482
11/29/2012   12.4        9:51  AM.
SIR 2753 REG3   TRN  6771 EMP 592622

SALE

| Product ID | Description | Total |
|------------|-------------|-------|
| 234936 | Belkin 8-outle | 29.99 S |
| 212752 | UPS.BAT BKUP.E | 109.99 S |

Subtotal:     139.98
Sales Tax:      8.40
Total:     148.38
Cash:     150.00
CHANGE:      (1.62)

**************************************
MICHAEL PELLEGRINO, INC. 1521501476
Ready to get Rewarded faster?
To receive Rewards electronically

More saving.
More doing.℠

EAST FORT LAUDERDALE 6372 (954)763-1932
STORE MANAGER THOMAS CELL#(954)415-9694

6372 00016 78978 11/27/12 08:01 AM
CASHIER MELISSA - MRH0725

032247617833 M-GRO/MOIST8 <A> 4.74
8 QT MG MOISTURE CONTROL POTTING MIX

| | |
|---|---|
| SUBTOTAL | 4.74 |
| SALES TAX | 0.28 |
| TOTAL | $5.02 |
| CASH | 6.00 |
| CHANGE DUE | 0.98 |

6372 16 78978 11/27/2012 4175

Lost Receipt for
Chlorine
$19.08

11-29-12

More saving.
More doing.℠

HOLLYWOOD, FL HOME DEPOT 954-922-7886
STORE MGR ANTHONY DUDLEY 954-922-7886

6310 00029 19900 12/01/12 08:51 AM
CASHIER DONNA - DJ01Y9

042206295507 2PKSPRINKLER <A>
SPRINKLER W/ZINC SPIKE 2 PK 8.97

| | |
|---|---|
| SUBTOTAL | 8.97 |
| SALES TAX | 0.54 |
| TOTAL | $9.51 |
| CASH | 20.00 |
| CHANGE DUE | 10.49 |

6310 29 19900 12/01/2012 4850

More saving.
More doing.℠

HOLLYWOOD, FL HOME DEPOT 954-922-7886
STORE MGR ANTHONY DUDLEY 954-922-7886

6310 00030 92699 12/03/12 10:39 AM
CASHIER TAMMY - TJF4458

085334672109 FLEX VACUUM <A> 32.98
POOL SHOP METAL HANDLE FLEXIBLE VAC

| | |
|---|---|
| SUBTOTAL | 32.98 |
| SALES TAX | 1.98 |
| TOTAL | $34.96 |
| CASH | 35.00 |
| CHANGE DUE | 0.04 |

60256

Vendor No: MPELLE  / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 18898 | MAINT | 12/26/12 | 33.61 | 0.00 | 0.00 | 33.61 |

(Acct: 10000001-901)        Check Date 12/26/12        Total        $33.61

60256

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 12/8/2012 |
| **Invoice #** | 19898 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

| | |
|---|---|
| **P.O. #** | |
| **Terms** | |

| | |
|---|---|
| **Ship Date** | 12/8/2012 |
| **Due Date** | 12/8/2012 |
| **Other** | |

| Description | Amount |
|---|---|
| Reimbursement - Pool Supplies | 19.08 |
| Reimbursement - Supplies | 9.51 |
| Reimbursement - Supplies | 5.02 |

| | | |
|---|---|---|
| | Total | $33.61 |
| EIN 01-0571558 | (561) 870- 6666 | $0.00 |
| | (561) 241-8442 | $33.61 |

60460

Vendor No: MPELLE  / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19947 | FL MAINT | 01/12/13 | 61.38 | 0.00 | 0.00 | 61.38 ✓ |
| 19952 | FL MAINT 2 | 01/20/13 | 625.00 | 0.00 | 0.00 | 625.00 ✓ |

(Acct: 10000001-904)

Check Date 01/23/13

Total

$686.38

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/20/2013 |
| **Invoice #** | 19952 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/20/2013 |
| **Due Date** | 1/20/2013 |
| **Other** | |

| Description | Amount |
|---|---|
| 1/14 Monday | 125.00 |
| 1/15 Tuesday | 125.00 |
| 1/16 Wednesday | 125.00 |
| 1/17 Thursday | 125.00 |
| 1/18 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $625.00 |
| | $0.00 |
| | $625.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/12/2013 |
| **Invoice #** | 19947 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/12/2013 |
| **Due Date** | 1/12/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Supplies | 8.47 |
| Reimbursement - Supplies | 20.12 |
| Reimbursement - Pool Supplies | 19.08 |
| Reimbursement - Supplies | 9.48 |
| Reimbursement - Supplies | 4.23 |

| | |
|---|---|
| | $61.38 |
| | $0.00 |
| | $61.38 |

EIN 01-0571558

(561) 870-6666

(561) 241-8442

# POOL CENTERS U.S.A.
5629 Johnson Street • Hollywood, FL 33021
## PH: (954) 989-7665

NAME Jones

ADDRESS _____

PHONE _____  DATE 1/11/13

| QTY. | MATERIAL | PRICE | AMOUNT |
|------|----------|-------|--------|
| 1 | one | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Equipment installed remains the property of POOL CENTERS U.S.A. until paid for in full and can be removed from property without the customer's authorization.

SIGNATURE

| | |
|---|---|
| TOTAL | 19.01 |
| TAX | |
| AMOUNT DUE | |

FINGERPRINT 954-981-5015          POOL CENTERS 09-16-10

---

ACE PUMP & SUPPLY
6013 JOHNSON STREET
HOLLYWOOD, FL 33024
(954) 961-7424

Ticket#414566 Cus#WALK-IN      Jan 11 13
Usr SC  Slp SC  Rg# 26 Dr# 26 Time 11:12
POS

| Item Number | Qty | Price | Exc |
|-------------|-----|-------|-----|
| Q60RAINBPU12 | 2 | 7.49 | 18.98 |
| R/B 12" POPUP 1812 | | | |

Subtotal                              18.98
Tax                                     1.14
Total sale                            20.12

CASH                                  20.25
Change due                              .13

---

# OfficeMax

OfficeMax #196
3900 OAKWOOD BLVD
HOLLYWOOD, FL 33020
(954) 926-7589

0196 01 0602 01/12/13 12:44:44 PM

OfficeMax

| | |
|---|---|
| 041333542102 Lithium Batteries 2pk | $3.99 |
| | |
| SubTotal | $3.99 |
| Tax 6.000% | $0.24 |
| TOTAL | $4.23 |
| | |
| | $4.23 |

Debit
Card number:    XXXXXXXXXXXX4012
Authorization:

MaxPerks Number              XXXXX4974

MaxPerks Qualified Purchase Balance as
of ( 1/2/2013 ):    $128.62

---

# Walgreens
There's a way™
#00456 1723 E YOUNG CIR
HOLLYWOOD, FL 33020
954-922-1553

205    4626   0021  01/12/2013 9:22 AM
ENERGIZER ELEC BATT 2025    A    2S   7.99
03980003283

                                     7.99
SUBTOTAL                             0.48
SALES TAX A=6.0%

                                     8.47
TOTAL                                8.47
DEBIT CARD                            .00
CHANGE

THANK YOU FOR SHOPPING AT WALGREENS



# **MAROONE ▷ Honda**
### *of Hollywood*

## DIRECT PARTS HOT LINE: (954) 964-8300
## PALM BEACH & DADE 1-800-542-8121
## FAX # 1-800-964-1868

**Return/Refund Policy:**

All returns must be accompanied by this invoice and are subject to a 15% restocking charge.
Please note Dealer will <u>not</u> accept returns or make refunds after 10 days.
No refunds or returns are provided for special order parts or electrical parts.

AS IS: The only warranties applying to the Part(s) described herein are those which may be offered by the manufacturer or supplier. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of these part(s). Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits or income, or any other incidental damages. This disclaimer in no way affects the provisions of the manufacturer's or supplier's warranties.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 11 JAN 13 | | 11 JAN 13 | | | 1393963P |

S O L D   T O

**ACCOUNT NO. P127**

\*\*PREPAID\*\*

JUNIOR

S H I P   T O

CASH CUSTOMER

PAGE 1 OF 1

| SHIP VIA | SLSM. 55341 | B/L NO. (954) 815-7070 | TERMS CASH CUST | F.O.B. POINT 11:59:49 | |
|---|---|---|---|---|---|

| BIN | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|
| 1070 | 2 1 72148-S84-A10 | BATTERY (C | 8.95 | 8.95 | 17.90 |

*** ABOVE PART IS PREPAID ***
The following parts have been special ordered:
1 72148-S84-A10  BATTERY (C

**Special Order / Electrical Items NOT Returnable**

PAID JAN 11 2013

**MAROONE ▷ Honda**
*of Hollywood*

**No Cancellations on Special Orders**

THANK YOU - YOUR ORDER WAS FILLED BY COMPTON GORDON

If Payment Is Made By Check When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

| | |
|---|---|
| PARTS | 17.90 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 1.07 |
| TOTAL | $18.97 |

| PLEASE PRINT NAME | CUSTOMER SIGNATURE X |
|---|---|

WE ARE NOT RESPONSIBLE FOR ANY LABOR ON PARTS NOT INSTALLED BY OUR SHOP.

**ADDRESS: 1450 North State Rd. 7**
**Hollywood, FL 33021**

BROWARD: (954) 989-1600  DADE: (305) 625-1732  POMP. 782-01

CUSTOMER COPY

DCAP ©2006 ADP (05/06)    xfp7i.100_1

**60320**

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19912 | FL MAINT | 12/21/12 | 273.19 | 0.00 | 0.00 | 273.19 |
| 19913 | FL MAINT | 12/22/12 | 87.97 | 0.00 | 0.00 | 87.97 |
| 19914 | FL MAINT | 12/22/12 | 500.00 | 0.00 | 0.00 | 500.00 |
| 19916 | FL MAINT | 12/26/12 | 302.59 | 0.00 | 0.00 | 302.59 |

(Acct: 10000001-904)

Check Date 12/28/12

Total

60320

$1163.75

chael Pellegrino, Inc.
NW 23rd Court
ca Raton, FL 33431



| | |
|---|---|
| **Date** | 12/26/2012 |
| **Invoice #** | 19916 |

**Bill To**

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**Ship To**

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/25/2012 |
| **Due Date** | 12/25/2012 |
| **Other** | |

| Description | Amount |
|---|---|
| Reimbursement - Tennis Supplies | 22.01 |
| Reimbursement - Provisions | 225.44 |
| Reimbursement -Gas | 30.08 |
| Reimbursement -Gas | 25.06 |

| | | |
|---|---|---|
| **Total** | | $302.59 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $302.59 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

» Address  » Shipping  » Payment  » **Review & Submit**

## Review and Submit Your Order

# Publix

Sheridan Square

**Your Shipping Address**

michael pellegrino
4941 nw 23rd court
boca raton FL 33431
United States
[ Change ]

**Your Billing Address**

michael pellegrino
4941 nw 23rd court
boca raton FL 33431
United States
[ Change ]

**Shipping Method**

- FedEx 2Day® – $38.70
- FedEx Ground® – $12.69
- FedEx Standard Overnight® – $46.46

**Payment Method**

VISA
************4012 (***)
Exp: 08 / 2014
[ Change ]

**Gift Certificate** [_____] [ Apply ]
If you have a gift certificate, enter it here

**PO #** [_____]

| Qty | Image | Item | Description | Options | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | | CLASSIC NET STRAP | CLASSIC NET STRAP | | $8.79 | $8.79 |

| | | |
|---|---|---|
| | Item Total | $8.79 |
| | Shipping & Handling | $12.69 |
| | Tax | $0.53 |
| | **Total** | **$22.01** |

[ Submit Order ] [ Change Order ]

**FedEx.** FedEx service marks are owned by Federal Express Corporation and are used by permission.

```
      WELCOME
   SALES RECEIPT
   57 543 665509
SHELL
815 N FEDERAL HWY
HOLLYWOOD
FL 33020

DATE 12/21/12 12:17PM
INVOICE# 771295
AUTH#     021990
 SHELL
ACCOUNT NUMBER


PUMP PRODUCT    $/G
 07   UNLD    $3.499

GALLONS   FUEL TOTAL
```

```
    →  WELCOME
TO12422796-001
SUNOCO 0617754700
1201 S FEDERAL H
DANIA        FL 3300

DATE      12/21/12
TIME      12:27 PM
AUTH# 021046

SUNOCO CARD
JONES LEROY G

PUMP   PRODUCT   PPG
  01    UNLD   $3.359

GALLONS      TOTAL
8.956       $30.08


      THANK YOU
HAVE A NICE DAY
```

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Date** 12/22/2012
**Invoice #** 19913

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

**Ship Date** 12/22/2012
**Due Date** 12/22/2012
**Other**

| | |
|---|---:|
| Payroll period ending 12/22/12 | 87.97 |

| | |
|---|---:|
| Total | $87.97 |
| | $0.00 |
| | $87.97 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Invoice**

| | |
|---|---|
| **Date** | 12/22/2012 |
| **Invoice #** | 19914 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**Ship To**

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/22/2012 |
| **Due Date** | 12/22/2012 |
| **Other** | |

| Description | Amount |
|---|---|
| 12/17 Monday | 125.00 |
| 12/19 Wednesday | 125.00 |
| 12/20 Thursday | 125.00 |
| 12/21 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| **Total** | $500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $500.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Date** 12/21/2012
**Invoice #** 19912

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**Ship To**

**P.O. #**

**Terms**

**Ship Date** 12/21/2012
**Due Date** 12/21/2012
**Other**

| Description | Amount |
|---|---|
| Reimbursement - Supplies | 38.08 |
| Reimbursement - Drinks | 54.37 |
| Reimbursement - Pool Supplies | 19.08 |
| Reimbursement - Pool Supplies | 19.08 |
| Seadoo Supplies | 31.79 |
| Reimbursement -Gas | 20.00 |
| Reimbursement - Provisions | 64.71 |
| Reimbursement -Gas | 19.44 |
| Reimbursement - Supplies | 5.29 |
| Reimbursement - Supplies | 1.35 |

| | |
|---|---|
| **Total** | $273.19 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $273.19 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442



**Bass Pro Shops • Outdoor World**
200 Gulf Stream Way
Dania Beach, FL 33004

Complete our online survey for a chance
to WIN A US$500 GIFT CARD
www.opinionscope.com ? code: 1198624
NO PURCHASE NECESSARY. Open to US &
Canada residents 18+. Void in Quebec &
where prohibited. See Rules at website

Sales Person: Taylor

| | | |
|---|---|---|
| 004  P Boat Hook & Paddle | | 29.99 |
| 0029027017037 | Rewards Points  30 | |

Accumulated Points: 30
Forgot your Outdoor Rewards Card?
Bring this receipt to the Customer Service
Desk within the next 30 days and they will

enter the points to your account.
The Customer Service Desk can also sign
you up as a new member.

| | | |
|---|---|---|
| Items: 1 | Subtotal | $29.99 |
| Sales Tax | $29.99 @ 6.0% | $1.80 |
| **TOTAL** | | **$31.79** |
| Local Cash | | $35.00 |
| **CHANGE** | | **$3.21** |

*Receipt for
Gas $20 o.
Gm
12-20-12*

JOHNSON SHELL

SHELL                    57 543 665509
815 N FEDERAL HWY              S1S0253
HOLLYWOOD   FL 33020

< DUPLICATE RECEIPT >

DATE 12/14/12 12:14PM
INVOICE# 749218
AUTH#   014474
   SHELL
   ACCOUNT NUMBER

PUMP PRODUCT   $/G
  03   UNLD   $3.499

GALLONS   FUEL TOTAL
 5.555    $ 19.44

THANKS, COME AGAIN

---

SELF CHECK OUT - SC0T56

078575173658 SS CLAMP <A>
#036 SS CLAMP 1-3/4"X2-3/4" DIA    1.27

                    SUBTOTAL
                    SALES TAX       1.27
                    TOTAL           0.08
XXXXXXXXXXXXX4012 DEBIT           $1.35
AUTH CODE 862525                   1.35

6315 56 03964 12/16/2012 6958

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A     1      90        03/16/2013
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
************************************

---

J.........                     2.84  F
4.12 lb @    0.69/ lb          0.99  F
CILANTRO
AVOCADOS HASS                 12.00  F
8 @   2 FOR    3.00
GREEN ONIONS                   1.19  F
2 @   2 FOR    1.19
LIMES PERSIAN                  1.00  F
3 @   3 FOR    1.00
TASTI-LEE TOMATO               1.62  F
0.65 lb @   2.49/ lb           1.99  F
ORANGES NAVEL FLA
   You Saved   2.50
AVOCADOS HASS                  3.00  F
2 @   2 FOR    3.00

Order Total                   62.71
Sales Tax                      0.00
Grand Total                   62.71
Credit                        62.71
Change                         0.00

Savings Summary
Special Price Savings          7.10
************************************
*  Your Savings at Publix      7.10 *
************************************

PRESTO!
Reference #: 042227-003
Trace #: 0010018501
Acct #: XXXXXXXXXXXX9878
Purchase Discover
Amount: $62.71
Auth #: 00115R

Your cashier was Tamika

12/01/2012 10:41 S1345 R104 6360 C0268

Love to shop here. Love to save here.
Visit publix.com/save

Publix Super Markets, Inc.

---

OFFICE DEPOT STORE 4
123 N.W. 13th Street
Boca Raton, FL 33432
(561) 395-4001

12/16/2012   12.5        2:15 PM
STR 4   REG3   TRN 4613 EMP 624382
------------------------------------------
SALE
Product ID   Description    Total
751441  PAPER,COLOR LA       9.99 S
769614  DSKPD,22X17,BL       5.99S
  Instant Savings           -1.00
        You Pay    +30  4.99S

  Subtotal:   5.29   14.98
Sales Tax:               0.90
     Total:             15.88
Visa 4012

---



HOLLYWOOD, FL HOME DEPOT
STORE MGR ANTHONY DUDLEY  954-922-7886
                          954-922-7886

6310  00009  67661   12/19/12  01:31 PM
CASHIER LORENA - LXM2466

013600045005 60# SUN GEMS <A>
60 LB SUN GEMS              20.97
306.99
078575172057 SS CLAMP <A>
#020 SS CLAMP 3/4"X1-3/4" DIA   14.95
1301.15

                    SUBTOTAL    35.92
                    SALES TAX    2.16
                    TOTAL      $38.08
                    CASH        40.00
                    CHANGE DUE   1.92

## POOL CENTERS U.S.A.

5629 Johnson Street • Hollywood, FL 33021
PH: (954) 989-7665

NAME
ADDRESS
PHONE                                    DATE

| QTY. | MATERIAL | PRICE | AMOUNT |
|------|----------|-------|--------|
|      |          |       |        |
|      |          |       |        |
|      |          |       |        |
|      |          |       |        |
|      |          |       |        |
|      |          |       |        |
|      |          |       |        |

TOTAL
TAX
AMOUNT DUE

Equipment installed remains the property of POOL CENTERS U.S.A. until paid for in full and can be removed from property without the customer's authorization.

SIGNATURE

---

Store Manager: Brian Jackson

G/ADE ORANGE
  1 @ 2 FOR    10.00         5.00 T F
    You Saved                2.59
G/ADE X-FCTR FRT P
  1 @ 2 FOR    10.00         5.00 T F
    You Saved                2.59
G/ADE LEMON LIME
  1 @ 2 FOR    10.00         5.00 T F
    You Saved                2.59
DIET COCA-COLA C/F           5.29 T F
DIET COCA-COLA               5.29 T F
ZEPHYR SPRNG WATER
  5 @ 5.45                  27.25 F

Order Total                52.83
Sales Tax                   1.54
Grand Total                54.37
Cash                       60.00
Change                      5.63

Savings Summary
Special Price Savings        7.77
************************************
*                                  *
*   Your Savings at Publix         *
*            7.77                   *
*                                  *
************************************

Your cashier was Ada

12/19/2012 11:42  R106 9307 D0241

---

NO SALE

YOUR RECEIPT
THANK YOU

12/19/2012  4:43PM    01
CLERK01    000000#6374

DEPT.01          $4.50
DEPT.01          $4.50
DEPT.01          $4.50
DEPT.01          $4.50
MDSE ST         $18.00
TAX              $1.08

ITEMS              40
CASH           $19.08

YOUR RECEIPT
THANK YOU

**60300**

Vendor No: MPELLE  / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | 60300 Amt Paid |
|---------|-----|----------|---------|----------|---------|----------------|
| 19915 | MAINT | 12/22/12 | 125.00 | 0.00 | 0.00 | 125.00 |

(Acct: 10000001-901)                Check Date 12/28/12          Total          $125.00

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 12/22/2012 |
| **Invoice #** | 19915 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/22/2012 |
| **Due Date** | 12/22/2012 |
| **Other** | |

| | |
|---|---|
| 12/18 Tuesday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

60329

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | 60329<br>Amt Paid |
|---------|-----|----------|---------|----------|---------|---------|
| 19925 | MAINT | 12/29/12 | 125.00 | 0.00 | 0.00 | 125.00 |

Check Date 01/03/13                    Total                $125.00

(Acct: 10000001-901)

Michael Pellegrino, Inc.
494 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 12/29/2012 |
| **Invoice #** | 19925 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/29/2012 |
| **Due Date** | 12/29/2012 |
| **Other** | |

| | |
|---|---|
| 12/24 Monday | 125.00 |

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

**60336**

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**    60336

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19923 | FT.MAINT | 12/29/13 | 87.97 | 0.00 | 0.00 | 87.97√ |
| 19924 | MAINT | 12/29/12 | 500.00 | 0.00 | 0.00 | 500.00√ |
| 19926 | DEC EXP | 12/30/13 | 213.33 | 0.00 | 0.00 | 213.33√ |

(Acct: 10000001-904)                     Check Date 01/03/13                     Total        $801.30

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 12/29/2012 |
| **Invoice #** | 19923 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/29/2012 |
| **Due Date** | 12/29/2012 |
| **Other** | |

| | |
|---|---|
| Payroll period ending 12/29/2012 | 87.97 |

| | |
|---|---|
| | $87.97 |
| | $0.00 |
| | $87.97 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 12/30/2012 |
| **Invoice #** | 19926 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 12/30/2012 |
| **Due Date** | 12/30/2012 |
| **Other** | |

| | |
|---|---|
| Seadoo Supplies | 26.48 |
| Reimbursement - Provisions | 8.58 |
| Reimbursement - Provisions | 3.27 |
| Reimbursement -Gas | 70.00 |
| Reimbursement -Gas | 105.00 |

| | |
|---|---|
| | $213.33 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $0.00 |
| | $213.33 |

```
WELCOME TO
JOHNSON SHELL
SHELL
815 N FEDERAL HWY          57 543 665509
HOLLYWOOD    FL  33020             S1S0253

Descr.              qty        amount
-------             ---        ------
Prepay CA#03
                               105.00
                             ----------
           Sub Total           105.00
           Tax                   0.00
    TOTAL            105.00
           CASH  $             120.00
           Change $            -15.00
THANKS,COME AGAIN
REG# 0002 CSH# 001 DR# 01  TRAN# 26762
12/27/12  12:15:19
                               ST# 3827
```

```
WELCOME TO
JOHNSON SHELL
SHELL
815 N FEDERAL HWY          57 543 665509
HOLLYWOOD    FL  33020             S1S0253

Descr.              qty        amount
-------             ---        ------
Prepay CA#04
                                70.00
                             ----------
           Sub Total            70.00
           Tax                   0.00
    TOTAL             70.00
           CASH  $              70.00
THANKS,COME AGAIN
REG# 0002 CSH# 001 DR# 01  TRAN# 28031
12/29/12  10:03:23
                               ST# 3827
```

```
Publix
Hollywood Circle
1735 East Young Circle
Hollywood, FL (954) 922-1531
Store Manager: Brian Jackson

                               3.09 T
GLAD COMPACTOR BAG
                               3.09
           Order Total         0.18
           Sales Tax           3.27
           Grand Total         3.27
              Payment          0.00
Debit
Change
```

```
PUBII
Hallandale Beach
1400 E.Hallandale Bch Blv.
Hallandale FL 33009
954-454-6440
Paul Fournier

OREO HEAD OR TAILS          4.29   F
OREO HEAD OR TAILS          4.29   F

       Order Total          8.58
       Sales Tax            0.00
       Grand Total          8.58
Credit      Payment         8.58
Change                      0.00
       nncetm
```

```
Outdoor World
Bass Pro Shops
200 Gulf Stream Way
Dania Beach, FL 33004

Complete our online survey for a chance
to WIN A US$500 GIFT CARD.
www.opinionscore.com ? code: 1198624
NO PURCHASE NECESSARY. Open to US &
Canada residents 18+. Void in Quebec &
where prohibited. See Rules at website.

Sales Person: DEBBIE

004  P Multipur Braided Rope    12.49
003354881023T   Rewards Points: 19
004  P Multipur Braided Rope    12.49
003354881023T   Rewards Points: 19

       Accumulated Points: 38
Forgot your Outdoor Rewards Card?

Bring this receipt to the Customer Service
Desk within the next 30 days and they will
enter the points to your account.
The Customer Service Desk can also sign
you up as a new member.

Items: 2     Subtotal        $24.98
Sales Tax   $24.98 @ 6.0%     $1.50
TOTAL                        $26.48
Local Cash                   $30.00
CHANGE                        $3.52
```



**60368**

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19934 | MAINT | 01/06/13 | 125.00 | 0.00 | 0.00 | 125.00 |

(Acct: 10000001-901)

Check Date 01/08/13

Total        $125.00

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 1/6/2013 |
| **Invoice #** | 19934 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/6/2013 |
| **Due Date** | 1/6/2013 |
| **Other** | |

| | |
|---|---|
| 1/4  Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| Total | $125.00 |
| Payments/Credits | $0.00 |
| Balance Due | $125.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 12/29/2012 |
| **Invoice #** | 19924 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

**Ship Date** 12/29/2012

**Due Date** 12/29/2012

**Other**

| | |
|---|---|
| 12/24 Monday | 125.00 |
| 12/26 Wednesday | 125.00 |
| 12/27 Thursday | 125.00 |
| 12/28 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $500.00 |
| | $0.00 |
| | $500.00 |

60384

Vendor No: MPELLE  / Name: **MICHAEL PELLEGRINO, INC.**

60384

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19933 | FL MAINT 2 | 01/06/13 | 500.00 | 0.00 | 0.00 | 500.00 |
| 19935 | FL MAINT 2 | 01/06/13 | 313.39 | 0.00 | 0.00 | 313.39 |

(Acct: 10000001-904)

Check Date 01/08/13

Total         $813.39

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Date** 1/6/2013
**Invoice #** 19935

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

**Ship Date** 1/6/2013
**Due Date** 1/6/2013
**Other**

| | |
|---|---|
| Payroll period ending 12/30/2012 | 87.97 |
| Payroll period ending 1/6/2013 | 225.42 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $313.39 |
| | $0.00 |
| | $313.39 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 1/6/2013 |
| **Invoice #** | 19933 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/6/2013 |
| **Due Date** | 1/6/2013 |
| **Other** | |

| Description | Amount |
|---|---|
| 12/31 Monday | 125.00 |
| 1/2 Wednesday | 125.00 |
| 1/3 Thursday | 125.00 |
| 1/4 Friday | 125.00 |

EIN 01-0571558

(561) 870-6666

(561) 241-8442

| | |
|---|---|
| | $500.00 |
| | $0.00 |
| | $500.00 |

60407

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

60407

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19936 | FL MAINT | 01/09/13 | 290.06 | 0.00 | 0.00 | 290.06 |
| 19943 | FL MAINT 2 | 01/12/13 | 500.00 | 0.00 | 0.00 | 500.00 |
| 19944 | FL MAINT 2 | 01/12/13 | 161.28 | 0.00 | 0.00 | 161.28 |
| 19946 | FL MAINT 2 | 01/12/13 | 551.86 | 0.00 | 0.00 | 551.86 |

(Acct: 10000001-904)          Check Date 01/15/13          Total          $1503.20

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/12/2013 |
| **Invoice #** | 19946 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/12/2013 |
| **Due Date** | 1/12/2013 |
| **Other** | |

| Description | Amount |
|---|---|
| Seadoo Repairs | 345.00 |
| Van Repair | 206.86 |

EIN 01-0571558

(561) 870-6666

(561) 241-8442

| | |
|---|---|
| Total | $551.86 |
| Payments/Credits | $0.00 |
| Balance Due | $551.86 |

# Perry Performance Group, Inc.

**175 SW 20th Way - N4**
**Dania Beach, FL 33004**
**Phone: 954-929-1636    Fax: 954-929-1737**
**www.perryperformancegroup.com**
**www.sea-doo.net**

# Sales Order

Sales Order Number:
47263

Sales Order Date:
Jan 10, 2013

Page:
1

Sold To: **561-870-6666**
MICHAEL PELLEGRINO
4941 NW 23 CT
BOCA RATON, FL  33431

Ship To:
RICHARD SEGAL
914 S SOUTHLAKE DR
HOLLYWOOD, FL  33019-1936

| Customer ID | VIN Number | Sales Rep Name |
|---|---|---|
| PELLEGRINO MICHAEL | dockside service | BUDDAH |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| 954-815-7070 JUNIOR | Cust. Pickup | C.O.D. |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | DOCKSIDE SRVICE CALL | 230.00 | 230.00 |
| 1.00 | LABOR | LABOR TO:DIAGNOSE AND CORRECT PROBLEM AT GROUND CABLE | 115.00 | 115.00 |

% faxto 561-241-8442

I AUTHORIZE PERRY PERFORMANCE GROUP TO COMPLETE THE ABOVE REPAIR WORK AND IF NECESSARY TO TEST MY UNIT. PERRY PERFORMANCE GROUP WILL NOT BE HELD LIABLE FOR ANY DAMAGE CAUSED BY TESTING, FIRE, ACTS OF NATURE, OR THEFT. I HEARBY AUTHORIZE THE ABOVE REPAIRS, INCLUDING SUBLET WORK, ALONG WITH THE NECESSARY MATERIALS. UNITS NOT PICKED UP WITHIN 2 DAYS AFTER COMPLETION OF REPAIR/SALE WILL BE CHARGED $50 PER DAY STORAGE FEE. NO RETURNS ON PARTS AND LABOR AFTER 30 DAYS. IF I CANCEL REPAIRS PRIOR TO THEIR COMPLETION FOR ANY REASON, I WILL BE CHARGED FOR THE TEARDOWN AND REASSEMBLY LABOR AND APPLICABLE FEES. IF YOU'RE NOT SATISFIED PLEASE CALL OR E-MAIL US AT RIGHT AWAY SO THAT WE CAN ARRANGE AN RMA FOR A RETURN.

| | |
|---|---|
| Subtotal | 345.00 |
| Sales Tax | 20.70 |
| Freight | 0.00 |
| **TOTAL ORDER AMOUNT** | 365.70 |

☐ I REQUEST A WRITTEN QUOTE.

☐ I DO REQUEST A WRITTEN QUOTE IF REPAIR EXCEEDS $_____

☐ I DO NOT REQUIRE A WRITTEN QUOTE.

Customer Signature _____  Date _____

2545369

**792858**
**\*INVOICE\***

# Maroone Honda
*of Hollywood*

RICHARD SEGAL
914 S SOUTH LAKE DR
HOLLYWOOD, FL 33019

DUPLICATE 1
PAGE 1

1450 North State Rd. 7 · Hollywood, FL 33021
DADE: (305) 625-1732
BROWARD: (954) 893-1275
MV-06375
www.maroone.com

HOME:954-815-6138 CONT:954-815-6138
BUS:          CELL:          SERVICE ADVISOR: 3354 FINBAR WHITEHALL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
|  | 03 | HONDA ODYSSEY | | 5FNRL18973B094696 | 861WSJ | 33397/33399 | T1935 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| DP |  |  | WAIT 11JAN13 |  |  | CASH | 11JAN13 |

| R.O. OPENED | READY | OPTIONS: | DLR:207391 ENG:3.5 Liter |
|-------------|-------|----------|---------------------------|

11:50 11JAN13 | 13:14 11JAN13

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|
| A FR30C-FACTORY RECOMMENDED SERVICE | | | |
| FR30C FACTORY REQUIRED 30,000 MILE SERVICE | | | |
| INTERVAL | | | |
| 9623      CH | | 113.22 | 113.22 |
| 1 15400-PLM-A02 FILTER, OIL | 7.04 | 5.22 | 5.22 |
| 5 OIL-B PREMIUM OIL | 2.33 | 2.33 | 11.65 |
| 1 94109-14000 WASHER, DRAIN (14MM) | 0.35 | 0.28 | 0.28 |
| 1 17220-P8F-A10 ELEMENT, AIR CLEANER | 25.49 | 25.49 | 25.49 |
| 1 80290-S0X-A01 FILTER ASSY- | 28.42 | 25.70 | 25.70 |
| PARTS:   68.34   LABOR:   113.22   OTHER:   0.00   TOTAL LINE A: | | | 181.56 |
| 33399 REQ FR30C 1.60 SERVICE PERFORMED | | | |
| ************************************************** | | | |
| B PLEASE SEE YOUR SERVICE ADVISOR ON YOUR NEXT VISIT. | | | |
| GTIRE PLEASE SEE YOUR SERVICE ADVISOR ON YOUR | | | |
| NEXT VISIT. | | | |
| 9623      CH | | 0.00 | 0.00 |
| PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE B: | | | 0.00 |
| 33399 | | | |
| ************************************************** | | | |
| C CUSTOMER REQUESTED TO HAVE MULTI POINT INSPECTION PERFORMED THIS | | | |
| VISIT. | | | |
| MULTI-A CUSTOMER REQUESTED TO HAVE MULTI POINT | | | |
| INSPECTION PERFORMED THIS VISIT. | | | |
| 9623      CH | | 0.00 | 0.00 |
| YBK BRAKES CLOSE TO REPLACEMENT. | | | |
| 9623      CH | | 0.00 | 0.00 |
| GTIRE PLEASE SEE YOUR SERVICE ADVISOR ON YOUR | | | |
| NEXT VISIT. | | | |
| 9623      CH | | 0.00 | 0.00 |
| PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE C: | | | 0.00 |
| 33399 | | | |
| SERVICE PERFORMED . YBK. GTIRE . FRONT BRAKE ROTORS GLAZED. REAR | | | |
| BRAKE | | | |

| | | DESCRIPTION | TOTALS |
|---|---|-------------|--------|
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized on this invoice, that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due. | **\*SHOP SUPPLY COSTS:** We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| **If Payment is Made by Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a | vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the transaction corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid | for each new tire sold in the state [s.403.719], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185]. | MISC. CHARGES \* | |
| | | TOTAL CHARGES | |
| for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law. | **ALL PARTS ARE NEW UNLESS** | LESS INSURANCE | |
| | **OTHERWISE INDICATED.** | SALES TAX | |
| DATE          CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | **PLEASE PAY THIS AMOUNT** | |

**WARRANTY STATEMENT AND DISCLAIMER:** PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
**CUSTOMER COPY**

DealerCAP ©2006 ADP (04/11) SERVICE INVOICE TYPE 2 - SI2C - AUTONATION - "LIMITED WARRANTY" - FLORIDA - 9698023

2545369

792858
*INVOICE*

**Maroone Honda**
*of Hollywood*

RICHARD SEGAL
914 S SOUTH LAKE DR
HOLLYWOOD, FL 33019

DUPLICATE 1
PAGE 2

1450 North State Rd. 7 · Hollywood, FL 33021
DADE: (305) 625-1732
BROWARD: (954) 893-1275
MV-06375
www.maroone.com

HOME: 954-815-6138  CONT: 954-815-....38
BUS:            CELL:

SERVICE ADVISOR: 3354 FINBAR WHITEHALL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|---|-----|---------|------------------|-----|
|  | 03 | HONDA ODYSSEY | | 5FNRL18973B094696 | 861WSJ | 33397/33399 | T1935 |

| DEL. DATE | PROD. DATE | WARR. EXP. | ROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|------------|---------|--------|------|---------|-----------|
| D|P | | WA | | 11JAN13 | | CASH | 11JAN13 |

| R.O. OPENED | | READY | OPTIONS: | DLR: 207391 ENG:3.5 Liter |
|-------------|---|-------|----------|---------------------------|
| 11:50 11JAN13 | | 13:14 11JAN13 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|-----------------------------|------|-----|-------|

ROTORS AND
PADS REPLACEMENT NEXT SERVICE !
        *****************  *********************************
SHOP SUPPLIES                                                    13.59

Maroone Honda would like to Thank You for
your business. Our goal is for you to have an
EXCELLENT service visit. If you are not
completely satisfied with your visit, ask for
the Service Manager. You may receive a survey
from American Honda. Please take the time to
complete and return it to Honda. Thanks Again

PAID JAN 11 2013

561 241 8442

| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.
If Payment is Made By Check When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check of EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law. | *SHOP SUPPLY COSTS: We have added a charge equal to 33.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185). ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | | |
|---|---|---|---|

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 113.22 |
| PARTS AMOUNT | 68.34 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 13.59 |
| TOTAL CHARGES | 195.15 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 11.71 |
| PLEASE PAY THIS AMOUNT | 206.86 |

| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE |
|------|--------------------|-----------------------------------------------|

**WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.**
**CUSTOMER COPY**

DealerCAP ©2006 ADP (04/11) SERVICE INVOICE TYPE 2 - SI2C · AUTONATION · "LI TED WARRANTY" · FLORIDA · 9498023

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



| | **Date** | 1/12/2013 |
|---|---|---|
| | **Invoice #** | 19944 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| **Ship Date** | 1/12/2013 |
|---|---|
| **Due Date** | 1/12/2013 |
| **Other** | |

| | |
|---|---|
| Payroll period ending 1/13/2013 | 161.28 |

| | |
|---|---|
| | $161.28 |
| | $0.00 |
| | $161.28 |

EIN 01-0571558          (561) 870- 6666

(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*


| | |
|---|---|
| **Date** | 1/12/2013 |
| **Invoice #** | 19943 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/12/2013 |
| **Due Date** | 1/12/2013 |
| **Other** | |

| Description | Amount |
|---|---|
| 1/7 Monday | 125.00 |
| 1/8 Tuesday | 125.00 |
| 1/10 Thursday | 125.00 |
| 1/12 Saturday | 125.00 |

EIN 01-0571558

(561) 870-6666
(561) 241-8442

| | |
|---|---|
| | $500.00 |
| | $0.00 |
| | $500.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/9/2013 |
| **Invoice #** | 19936 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/9/2013 |
| **Due Date** | 1/9/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Supplies | 25.49 |
| Reimbursement - Supplies | 21.20 |
| Reimbursement -Gas | 25.20 |
| Reimbursement - Pool Supplies | 19.08 |
| Reimbursement - Pool Supplies | 19.08 |
| Reimbursement - Supplies | 59.32 |
| Seadoo Repairs - Battery | 95.64 |
| Reimbursement - Supplies | 17.32 |
| Reimbursement - Supplies | 3.49 |
| Reimbursement - Drinks | 4.24 |

| | |
|---|---|
| | $290.06 |
| | $0.00 |
| | $290.06 |

EIN 01-0571558          (561) 870- 6666

(561) 241-8442

# Publix

Hollywood Circle
1735 East Young Circle
Hollywood, FL (954) 922-1531
Store Manager: Brian Jackson

DIET COCA-COLA

| | 4.00 T F |
|---|---|
| Order Total | |
| Sales Tax | 4.00 |
| Grand Total | 0.24 |
| Debit       Payment | 4.24 |
| Change | 4.24 |
| | 0.00 |



THE HOME DEPOT®

More saving.
More doing.®

E DELRAY BEACH (561) 272-5127
STORE MANAGER GEOFF CELL (561) 706-0130

6315 00010 62777  01/05/13  04:10 PM
CASHIER COURTNEY - CXB5155

| 045677419 | 654 PLC53W2PK <A> | 11.97 |
| | P.C ECOV 53W (75W) PAR30L FLD 1YR 2PK | 4.99 |
| 071549032 | 23 HDMRTRP <A> | |
| | P.C ECOV 53W (75W) HDMRTRP <A> | 2.37 |
| | ORTHO HOME DEFENSE MAX RAT TRAP | 17.50 |
| 071121100481 | INSECT SPRAY <A> | 13.97 |
| | REAL KIL ANT & ROACH AEROSOL | |
| 3:3576005009 | ANT BLOCK <A> | |
| | AMDRO ANT BLOCK 24OZ | |

| SUBTOTAL | 33.30 |
| SALES TAX | 2.00 |
| TOTAL | $35.30 |
| DEBIT | 35.30 |

XXXXXXXXXXXXX4012 DEBIT
A.JTH CODE 051625

THANK YOU

01/09/2013 2:12AM 01
000000#0795        CLERK01

| DEPT.04 | $20.00 |
| MDSE ST | $20.00 |
| TAX1 | $1.20 |

| ITEMS | 10 |
| ***TOTAL | $21.20 |
| CASH | $22.00 |
| CHANGE | $0.80 |

AutoZone 2494
1530 N FEDERAL HWY
HOLLYWOOD, FL
(954) 929-3884

| #095962  06003 | 3.29 |
| Lynx 3/8" Dia 4 - 6 Gauge | |
| Battery Cable Luss, 2 CT | |
| SUBTOTAL | 3.2 |
| TOTAL TAX @ 6.000% | 0.2 |
| TOTAL | 3.4 |
| CASH | 4.0 |
| CHANGE | 0.5 |



REG #02  CSR #42  RECEIPT #982824
STR. TRANS #395567
STORE #2494



WHS#345  BOCA RATON

MEMBER #839574273001

| 472400 | 7HILLS 35/.5 | 4.99 |
| 446586 | OATMEAL | 7.39 |
| | 30PK*AA* ULT | 14.99 A |
| 544843 | | 11.99 A |
| 451778 | DURACELL/12 | 11.99 A |
| 448474 | "AAA" 24 PK | 43.99 A |
| 935145 | RAZOR BLADES | 36.89 |
| 545273 | DONUT K-CUPS | 15.99 |
| 662821 | 8PK*9V* BATT | 149.22 |
| | SUBTOTAL | 6.00 |
| A 6% TAX | |

| TOTAL | 155.22 |
| EFT/DEBIT | 155.22 |

XXXXXXXXXXXXX4012
01/08/13 15:44

SWIPED
PIN USE!

# POOL CENTERS U.S.A.

5629 Johnson Street • Hollywood, FL 33021
PH: (954) 989-7665

NAME _Jones_

ADDRESS _____

PHONE _____     DATE _1/5/13_

| QTY. | MATERIAL | PRICE | AMOUNT |
|------|----------|-------|--------|
| 4 | Che | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Equipment Installed remains the property of POOL CENTERS U.S.A. until paid for in full and can be removed from property without the customer's authorization.

| TOTAL | 19.0 |
|-------|------|
| TAX | |
| SIGNATURE / AMOUNT DUE | |

FINGERPRINT 954-961-5015        POOL CENTERS 09-16-10

# POOL CENTERS U.S.A.

5629 Johnson Street • Hollywood, FL 33021
PH: (954) 989-7665

NAME _Jones_

ADDRESS _____

PHONE _____     DATE _1/29/1_

| QTY. | MATERIAL | PRICE | AMOU |
|------|----------|-------|------|
| 4 | Chline | | 18 |
| | | | |
| | | | |
| | | | |

Equipment Installed remains the property of POOL CENTERS U.S.A. until paid for in full and can be removed from property without the customer's authorization.

| TOTAL | |
|-------|---|
| TAX | 1.6 |
| SIGNATURE / AMOUNT DUE | 19.0 |

FINGERPRINT 954-961-5015        POOL CENTER

< DUPLICATE RECEIPT >

DATE 01/07/13  3:53PM
INVOICE# 645200
AUTH#   007654
  SHELL
  ACCOUNT NUMBER

JONES LEROY G

PUMP PRODUCT   $/G
05   UNLD   $3.599

GALLONS   FUEL TOTAL
7.002     $ 25.20

THANKS, COME AGAIN
Buckle Up & Be Safe.

ore saving.
More doing.

HOME DEPOT 954-922-7886
ANTHONY DUDLEY 954-922-7886

021  75222   (01/04/13  10:56 AM
VERNIECE - VJ7SND

168273039 40W GLOBE <A>
GE 40W G16.5 GLOBE CANL CLR BULB 4PK
403.87                        15.48
044600308913 LEMON PINE <A>
PINE-SOL LEMON CLEANER 1440Z       8.57

SUBTOTAL      24.05
SALES TAX      1.44
TOTAL        $25.49
CASH          26.00
  CHANGE DUE    0.51

# AMERICAN BATTERY

MAKE CHECKS PAYABLE TO

2800 SW 4th Ave Bay 20
Ft. Lauderdale, FL 33315

PHONE: (305) 528-8967
(305) 688-6623
FAX: (954) 467-8973
(954) 467-8974

**Deka**

| | DATE | INVOICE | PA |
|---|---|---|---|

**SOLD TO**

**SHIP TO**

| CUST. NO. | ORDER NO. |
|---|---|

| SALESMAN | CUSTOMER P.O.# |
|---|---|

ORDER TYPE

CHARGE-

| ITEM NUMBER | DESCRIPTION | ORDERED | SHIPPED | PRICE | DC | EXT-AMT |
|---|---|---|---|---|---|---|
| | BATT WET DEKA | | 1 | 80.730 B | | |
| WET | FLORIDA SOLID WASTE FEE | | 1 | 1.500 B | | |
| | *** ALSO TAX *** | | | | | |

TERMS: NET 30 DAYS

REGULATORY CONTACT: Chemtrec 1-800-424-9300
(Toll Free in US, USVI, CAN) 703-527-3887 (Elsewhere)
East Penn Mfg. Co., Inc.  CCN7283

15% RESTOCKING FEE FOR RETURNED

| H.M. | DESCRIPTION | TOTAL QTY. | TOTAL WEIGHT (LBS) | | |
|---|---|---|---|---|---|
| X | UN2794, BATTERIES, WET, FILLED WITH ACID, 8, PG III | 1 | 40.00 | RECEIVED BY | JEROY JONES |
| | UN2794, BATTERIES, WET, FILLED WITH ACID, 8, PG III RECYCLABLE | | | CERTIFICATION SIGNATURE | 01-09-13 |
| | UN2796, BATTERY FLUID, ACID, 8, PG II | | | | |
| | UN2796, BATTERY FLUID, ACID, 8, PG II PACKED 'TH DRY BATTERIES | | | SHIP DATE | |

**60397**

60397

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|------|----------|---------|----------|---------|----------|
| 19945 | MAINT | 01/12/13 | 125.00 | 0.00 | 0.00 | 125.00 |

(Acct: 10000001-901)

Check Date 01/15/13

Total

$125.00

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



| | **Date** | 1/12/2013 |
|---|---|---|
| | **Invoice #** | 19945 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| **Ship Date** | 1/12/2013 |
|---|---|
| **Due Date** | 1/12/2013 |
| **Other** | |

| 1/9 Wednesday | 125.00 |
|---|---|

| | $125.00 |
|---|---|
| EIN 01-0571558 (561) 870- 6666 | $0.00 |
| (561) 241-8442 | $125.00 |

**60444**
60444

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19948 | MAINT | 01/12/13 | 159.00 | 0.00 | 0.00 | 159.00 ✔ |
| 19957 | MAINT | 01/20/13 | 125.00 | 0.00 | 0.00 | 125.00 ✔ |

(Acct: 10000001-901)

Check Date 01/23/13

Total        $284.00

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 1/12/2013 |
| **Invoice #** | 19948 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/12/2013 |
| **Due Date** | 1/12/2013 |
| **Other** | |

| Description | Amount |
|---|---|
| Repairs | 159.00 |

| | |
|---|---|
| | $159.00 |
| | $0.00 |
| | $159.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

0469

Date: 12/14/12

# Gold Coast Casual Living, Inc.
**1445 S. 30th Ave., Hollywood, FL 33020**
**Ph. (954) 927-7997 • Fax (954) 929-7997**
Email: *info@goldcoastcasualliving.com* • *www.GoldCoastCasualLiving.com*

Sold To: SIEGAL

Ph:
Cell: 954 815 7070

_____ Zip:_____  Fax:_____

| CASH | C.O.D. | CHARGE | *Serving South Florida Since 1977* | MDSE. RETD | CO. INFO |
|------|--------|--------|-----------------------------------|------------|----------|
| QTY | | DESCRIPTION | | PRICE | AMOUNT |
| 2 | Charles Prisier Lounge | | | 75- | 150- |
| | Welding | | | | |
| | Remove Slings | | | | |
| | Weld hinges | | | | |
| | Touchup hinges | | | | |
| | Install Slings | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | SUB TOTAL | | 150- |
| | | | TAX | | 9- |
| | | | DELIVERY | | |
| | | | TOTAL | | 159- |
| | | | DEPOSIT | | |
| | | | BALANCE | | |

Deposit required on all orders. Special orders can not be cancelled. Deposit non-refundable, nor exchangeable. Any attorney fees or court costs incurred in collecting balance will be paid by buyer. All orders must be delivered or paid for within 7 days or notification that order is ready, unless prior written consent is given by seller or storage charges will occur. Not responsible for loss or damage due to fire, theft or acts of God. Seller does not guarantee vinyl, paint or fabric against fading or discoloration.

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



| | |
|---|---|
| **Date** | 1/20/2013 |
| **Invoice #** | 19957 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/20/2013 |
| **Due Date** | 1/20/2013 |
| **Other** | |

| | |
|---|---|
| 1/14 Monday | 125.00 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/26/2013 |
| **Invoice #** | 19960 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/25/2013 |
| **Due Date** | 1/25/2013 |
| **Other** | |

| | |
|---|---|
| Payroll software for Ana  Cortex | 99.00 |
| Reimbursement for lock change | 196.10 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $295.10 |
| | $0.00 |
| | $295.10 |

# Real Business Solutions

## Choose a way to pay

**Your order summary**

| Descriptions | Amount |
|---|---|
| Payroll Mate 2013-Email- | $99.00 |

FOR ANA

---

**Lee's Locksmith & Bicycle Shop Inc.**
1101 N. Federal Highway Hollywood, FL 33020
Bike Dept. 954-925-5157
Lock Dept. 954-922-8546
Fax 954-922-8552
www.leesbicycleshop.com
www.leeslocksmith.com

LOCKSMITH & BICYCLES

Customer's Order No. 561-870-6666 Date 1/24/13

M Rick Sega

Address 94 S SouthLake DR.

VISA 33493

| QUAN. | Cash | C.O.D | Charge | On Acct. | Mdse. Ret. | Paid Out | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | | | | | SERVICE + LABOR TO CC 7 cyl. | | 170 00 |
| 10 | | | | | | | KEYS | 1 50 | 15 00 |
| | | | | | | | SUB | | 185 00 |
| | | | | | | | TAX | | 11 10 |
| | | | | | | | TOTAL | | 196 10 |

All claims and returned goods MUST be accompanied by this bill.

Received by [signature]

White Original · Yellow File · Pink Statement · Gold Audit

No. 9640

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 1/25/2013 |
| **Invoice #** | 19959 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/25/2013 |
| **Due Date** | 1/25/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Supplies | 14.29 |
| Reimbursement - Supplies | 17.85 |
| Reimbursement for cash shortage from LeRoy Jones | 9.42 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $41.56 |
| | $0.00 |
| | $41.56 |

**Bank of America**

Online Banking

## Business Economy Chk - 2991 Transaction Details

| | |
|---|---|
| **Check number:** | 00000002027 |
| **Posting date:** | 01/09/2013 |
| **Amount:** | -375.00 |
| **Type:** | Check |
| **Description:** | Check |

MICHAEL PELLEGRINO INC.
4941 NW 23RD CT
BOCA RATON, FL 33431

2027
63-27/631 FL
24878

18.9.13

LeRoy Jones                    $375.00
Three Hundred Seventy Five

**Bank of America**

ACH R/T 063100277
BALANCE
-12576 + 375.00 = 249.24

⑆063100277⑆ 00373697299⑈ 2027

249.24
- 159.00
- 18.97
+ 9.49
- 22.12
- 19.08
- 17.85
- 14.29
―――――
9.42    JUNIOR PARTY CASH NOT COLLECTED



More saving.
More doing.™

1951 S STATE RD 7    (954)961-1761
HOLLYWOOD, FL 33023

0285 00013 15209  01/19/13  11:53 AM
CASHIER CARMEN - CM05MR

046500071 9592 GLADE CRPT <A>                2.15
    GLADE CARPET & ROOM 3202-LAV & VANIL
033200011552 BAKINGSODA <A>                  2.79
    ARM&HAMMER BAKING SODA FRIDGE/FREEZE
    390.93
070881233409 BRILLO <A>                      8.54
    BRILLO SOAP PADS 30PK
    204.27

SUBTOTAL                                    13.48
SALES TAX                                     0.81
TOTAL                                       $14.29
                                             14.29 TA

XXXXXXXXXXXX5612 HOME DEPOT
AUTH CODE 019612/5131815



More saving.
More doing.™

1951 S STATE RD 7    (954)961-1761
HOLLYWOOD, FL 33023

0285 00013 15191  01/19/13  11:52 AM
CASHIER CARMEN - CM05MR

073257132428 TRASH BAGS <A>                 16.84
    42GAL 3MIL CONTRACTOR TRASHBAG 32PK

SALES TAX                                     1.01
TOTAL                                       $17.85
CASH                                         20.00
CHANGE DUE                                    2.15

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/26/2013 |
| **Invoice #** | 19966 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/26/2013 |
| **Due Date** | 1/26/2013 |
| **Other** | |

| | |
|---|---|
| 1/21 Monday | 125.00 |
| 1/22 Tuesday | 125.00 |
| 1/23 Wednesday | 125.00 |
| 1/24 Thursday | 125.00 |
| 1/25 Friday | 125.00 |

| | |
|---|---|
| | $625.00 |
| | $0.00 |
| | $625.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

Vendor No: MPELLE  / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19961 | LOCK CHANG 01/26/13 | | 227.90 | 0.00 | 0.00 | 227.90 |

**60479**
60479

(Acct: 10000001-901)          Check Date 01/29/13          Total          $227.90

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice



| | Date | 1/26/2013 |
|---|---|---|
| | Invoice # | 19961 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/26/2013 |
| **Due Date** | 1/26/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement for lock change | 227.90 |

| | |
|---|---|
| | $227.90 |
| | $0.00 |
| | $227.90 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

# Lee's Locksmith & Bicycle Shop Inc.

1101 N. Federal Highway Hollywood, FL 33020
**Bike Dept. 954-925-5157**
**Lock Dept. 954-922-8546**
Fax 954-922-8552
www.leesbicycleshop.com
www.leeslocksmith.com

**LOCKSMITH & BICYCLES**

Customer's Order No. 561-870-6666    Date 1/24/13

M   DR. SELAC

**Address**   919 S SOUTHLAKE DR,

VISA   33431

| Sold by | Cash | C. O. D | Charge | On Acct. | Mdse. Ret. | Paid Out | |
|---------|------|---------|--------|----------|------------|----------|--|
| Lo | X | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| | SERVICE + LABOR TO | | | |
| | CC 9 CYL. | | 200 | 00 |
| | | | | |
| | | | | |
| 10 | KEYS | 1.50 | 15. | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | SUB | 215 | 00 |
| | | TAX | 12 | 90 |
| | | TOTAL | 227 | 90 |

ALL claims and returned goods MUST be accompanied by this bill.

**Received by**   Michael Sell

Nº   9641

White Original · Yellow File · Pink Statement · Gold Audit

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/17/2013 |
| **Invoice #** | 19949 |

Sharon Day
3100 N. Ocean Boulevard, #2808
Ft. Lauderdale, FL 33308

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/17/2013 |
| **Due Date** | 1/17/2013 |
| **Other** | |

| | |
|---|---|
| Consulting 1/17/2013 | 450.00 |

| | |
|---|---|
| | $450.00 |
| | $0.00 |
| | $450.00 |

EIN 01-0571558          (561) 870- 6666

(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/23/2013 |
| **Invoice #** | 19958 |

Sharon Day
3100 N. Ocean Boulevard, #2808
Ft. Lauderdale, FL 33308

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/20/2013 |
| **Due Date** | 1/20/2013 |
| **Other** | |

| | |
|---|---|
| Consulting 1/18/2013 | 450.00 |
| Consulting 1/19/2013 | 450.00 |
| Consulting 1/21/2013 | 450.00 |
| Consulting 1/22/2013 | 600.00 |

|  |  |
|---|---|
| | $1,950.00 |
| | $0.00 |
| | $1,950.00 |

EIN 01-0571558            (561) 870- 6666

(561) 241-8442

**60554**

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19988 | MAINT | 02/08/13 | 125.00 | 0.00 | 0.00 | 125.00 |
| 19990 | MAINT | 02/08/13 | 350.00 | 0.00 | 0.00 | 350.00 |

(Acct: 10000001-901)          Check Date 02/12/13          Total          $475.00

60554

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*



| | |
|---|---|
| **Date** | 2/8/2013 |
| **Invoice #** | 19988 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/9/2013 |
| **Due Date** | 2/9/2013 |
| **Other** | |

| | |
|---|---|
| 2/6 Wednesday | 125.00 |

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



# *Invoice*

| | |
|---|---|
| **Date** | 2/8/2013 |
| **Invoice #** | 19990 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/8/2013 |
| **Due Date** | 2/8/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Patio Painting | 350.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $350.00 |
| | $0.00 |
| | $350.00 |

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2039
63-27/631 FL
24076

2/8/13

Pay To The Order of RICHARD LUKS                    $ 350.00

THREE HUNDRED FIFTY &                         Dollars

**Bank of America**

ACH R/T 063100277

K LABUR
PMT @ 919 PATIO

Michael Pelly                    MP

⑈063100277⑈ 003736972991⑈ 2039

Harland Clarke

**60504**

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | 60504 Amt Paid |
|---------|-----|----------|---------|----------|---------|----------------|
| 19967 | MAINT | 01/26/13 | 125.00 | 0.00 | 0.00 | 125.00 |
| 19976 | 1/30 MAINT | 02/02/13 | 125.00 | 0.00 | 0.00 | 125.00 |

(Acct: 10000001-901)

Check Date 02/04/13

Total

$250.00

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice



| | |
|---|---|
| **Date** | 2/2/2013 |
| **Invoice #** | 19976 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

**Ship Date**    2/2/2013
**Due Date**    2/2/2013
**Other**

| | |
|---|---|
| 1/30 Wednesday | 125.00 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



# Invoice

| | |
|---|---|
| **Date** | 1/26/2013 |
| **Invoice #** | 19967 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/26/2013 |
| **Due Date** | 1/26/2013 |
| **Other** | |

| | |
|---|---:|
| 1/24 Thursday | 125.00 |

| | |
|---|---:|
| | $125.00 |
| EIN 01-0571558 | $0.00 |
| (561) 870- 6666 | $125.00 |
| (561) 241-8442 | |

60515

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

60515

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---|---|---|---|---|---|---|
| 19974 | FL MAINT 2 | 02/02/13 | 139.21 | 0.00 | 0.00 | 139.21✓ |
| 19975 | FL MAINT 2 | 02/02/13 | 625.00 | 0.00 | 0.00 | 625.00✓ |
| 19977 | FL MAINT2 | 02/02/13 | 250.00 | 0.00 | 0.00 | 250.00✓ |
| 3001 | FL MAINT2 | 01/31/13 | 60.46 | 0.00 | 0.00 | 60.46✓ |

(Acct: 10000001-904)

Check Date 02/04/13

Total

$1074.67

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/2/2013 |
| **Invoice #** | 19977 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

| | |
|---|---|
| **Ship Date** | 2/2/2013 |
| **Due Date** | 2/2/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Tile/Drape Repair/Boat Repair | 250.00 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

| | |
|---|---|
| | $250.00 |
| | $0.00 |
| | $250.00 |



MICHAEL PELLEGRINO INC.
4941 NW 23RD CT
BOCA RATON, FL 33431

2031
63-27/631 FL
24076

Pay to the order of  RICHARD LUKS                    $ 250.95

TWO HUNDRED FIFTY &                      DOLLARS

**Bank of America**

ACH R/T 063100277

For CONTRACT LABOR - BRET STREET, TILE/DRAPE

⑆063100277⑆ 00373697299⑆ 2031

Richard Clarke

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/2/2013 |
| **Invoice #** | 19974 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/2/2013 |
| **Due Date** | 2/2/2013 |
| **Other** | |

| | |
|---|---|
| Payroll period ending 1/20/2013 | 139.21 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $139.21 |
| | $0.00 |
| | $139.21 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 2/2/2013 |
| **Invoice #** | 19975 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/2/2013 |
| **Due Date** | 2/2/2013 |
| **Other** | |

| | |
|---|---:|
| 1/28 Monday | 125.00 |
| 1/29 Tuesday | 125.00 |
| 1/30 Wednesday | 125.00 |
| 1/31 Thursday | 125.00 |
| 2/1 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---:|
| | $625.00 |
| | $0.00 |
| | $625.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 1/31/2013 |
| **Invoice #** | 3001 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 1/31/2013 |
| **Due Date** | 1/31/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Supplies | 54.35 |
| Reimbursement - Supplies | 6.11 |

| | |
|---|---|
| | $60.46 |

EIN 01-0571558          (561) 870-6666

| | |
|---|---|
| | $0.00 |
| (561) 241-8442 | $60.46 |



**\*\*DAVIE #91\*\***

1890 S. UNIVERSITY DR.
DAVIE, FL 33324
MEMBER #111804437726

| | | |
|---|---|---|
| 531445 TIDE HE 170 | 19.49 A |
| 210000068226 CPN/TIDE | 2.50- |
| 531670 LIQ TIDE ORG | 19.15 A |
| 585578 \*\*KS BATH\*\* | 14.99 A |

SUBTOTAL                51.13
A    6.0% TAX            3.22

TOTAL                   54.35
VF    American Express  54.35

XXXXXXXXXXX1000          SWIPED
01/24/13 19:43
Seq#: 003268 App#:    501527
American Express      Resp
Tran ID#: 302410114000
Merchant ID 990091

APPROVED   PURCHASE
AMOUNT: $54.35

0091 002 0000000048 0274

CHANGE                    .00
COUPONS TENDERED         2.50

TOTAL NUMBER OF ITEMS SOLD = 3
CASHIER: PAM G.          REG# 2
01/24/2013 19:43 0091 02 0274 48

WDE-16-197-CWD
Thank You!
Please Come Again!

Receipt - Customer Copy

Thursday Jan 24, 2013 5:24 PM

Dry Cleaning Depot 81
8820 State Road 84
Davie, FL 33324
(954) 727-9403

Cortez, Ana
(954) 237-4891

| Invoice# | Price |
|---|---|
| 01-611901 | 6.11 |
| Total Due: | $6.11 |

mount Tendered:    $6.11 Credit Card
Change:            $0.00

Credit Card Information:

Name: CORTEZ ANA F
DISC: \*\*\*\*\*\*\*\*9878        (SWP)
Auth #: 02485R

Amount          $6.11  Sale

Thank You!

**60566**

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

60566

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19986 | FL MAINT2 | 02/08/13 | 87.97 | 0.00 | 0.00 | 87.97 |
| 19987 | FL MAINT2 | 02/08/13 | 625.00 | 0.00 | 0.00 | 625.00 |
| 19989 | FL MAINT 2 | 02/08/13 | 230.94 | 0.00 | 0.00 | 230.94 |
| 19991 | FL MAINT2 | 02/08/13 | 120.96 | 0.00 | 0.00 | 120.96 |

(Acct: 10000001-904)

Check Date 02/12/13

Total

$1064.87

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 2/8/2013 |
| **Invoice #** | 19991 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/8/2013 |
| **Due Date** | 2/8/2013 |
| **Other** | |

| | |
|---|---|
| Payroll period ending 2/3/13 | 120.96 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

| | |
|---|---|
| | $120.96 |
| | $0.00 |
| | $120.96 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/8/2013 |
| **Invoice #** | 19986 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/9/2013 |
| **Due Date** | 2/9/2013 |
| **Other** | |

| | |
|---|---|
| Payroll period ending 1/26/13 | 87.97 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $87.97 |
| | $0.00 |
| | $87.97 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



# Invoice

| | |
|---|---|
| **Date** | 2/8/2013 |
| **Invoice #** | 19987 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/9/2013 |
| **Due Date** | 2/9/2013 |
| **Other** | |

| | |
|---|---|
| 2/4 Monday | 125.00 |
| 2/5 Tuesday | 125.00 |
| 2/6 Wednesday | 125.00 |
| 2/7 Thursday | 125.00 |
| 2/8 Friday | 125.00 |

| | | |
|---|---|---|
| | | $625.00 |
| EIN 01-0571558 | (561) 870- 6666 | $0.00 |
| | (561) 241-8442 | $625.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/8/2013 |
| **Invoice #** | 19989 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/8/2013 |
| **Due Date** | 2/8/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Cleaning 1/12/13 | 131.94 |
| Contract Labor -Cleaning 2/2/13 | 99.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $230.94 |
| | $0.00 |
| | $230.94 |

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2037

63-27/631 FL
24076

2/7/13

Pay To The Order of MARIA LOPEZ $ 99.00

Ninety Nine a _____ Dollars

**Bank of America**

ACH R/T 063100277

CLEANING
2/2/13 K CABIN

Michael J Rey                    MP

⑆063100277⑆ 003736972991⑈ 2037

Harland Clarke

---

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2038

63-27/631 FL
24076

2/7/13

Pay To The Order of MARCELA FINOTTI $ 131.94

One Hundred Thirty One 94/100 _____ Dollars

**Bank of America**

ACH R/T 063100277

CLEANING
1/2/13 K CABIN

Michael J Rey                    MP

⑆063100277⑆ 003736972991⑈ 2038

Harland Clarke

# Invoice

**Date** 2/16/2013
**Invoice #** 20001

Michael Pellegrino, Inc.

**Ship Date** 2/16/2013
**Due Date** 2/16/2013
**Other**

125.00

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 19978 | MAINT | 02/06/13 | 253.20 | 0.00 | 0.00 | 253.20 |
| 20001 | MAINT | 02/16/13 | 125.00 | 0.00 | 0.00 | 125.00 |
| 20002 | MAINT | 02/16/13 | 200.00 | 0.00 | 0.00 | 200.00 |

(Acct: 1000001-901)

Check Date 02/20/13

Total

$578.20

60588

60588

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

| | |
|---|---|
| $125.00 |
| $0.00 |
| $125.00 |



Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20001 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| 2/13 Wednesday | 125.00 |
|---|---|

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20002 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Vacuflo & Electrical | 200.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $200.00 |
| | $0.00 |
| | $200.00 |

Mich.    ellegrino, Inc.
4941 N   23rd Court
Boca Raton, FL 33431

# Invoice

| | Date | 2/6/2013 |
|---|---|---|
| | Invoice # | 19978 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | | |
|---|---|---|
| **Ship Date** | 2/6/2013 |
| **Due Date** | 2/6/2013 |
| **Other** | |

| | |
|---|---|
| Repairs | 184.00 |
| Reimbursement - Supplies | 69.20 |

| | |
|---|---|
| | $253.20 |
| EIN 01-0571558 | (561) 870- 6666 | $0.00 |
| | (561) 241-8442 | $253.20 |

Date: 1/26/12

# Gold Coast Casual Living, Inc.
## 1445 S. 30th Ave., Hollywood, FL 33020
## Ph. (954) 927-7997 • Fax (954) 929-7997
Email: *info@goldcoastcasualliving.com* • *www.GoldCoastCasualLiving.com*

Sold To: Siege

919 S South Lak Cr

Hollywood

Ph:

Cell: 261 370 6666

Zip:

Fax:

| CASH | C.O.D. | CHARGE | *Serving South Florida Since 1977* | MDSE. RETD | CO. INFO |
|------|--------|--------|-----------------------------------|------------|----------|

| QTY | DESCRIPTION | PRICE | AMOUNT |
|-----|-------------|-------|--------|
| 2 | Chairs | 75 - | 150 |
| | New Slings | | |
| | 4 | | |

INSELORS
PLE RD.
'T, FL 33064
-6257

**MEDALLION PAINT**
4510 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33021
(954) 966-6800

**MEDALLION PAINT**
12323 SW 55th STREET, SUITE 1006
COOPER CITY, FL 33330
(954) 680-8403

**MEDALLION PAINT**
5020 S. STATE ROAD 7
FORT LAUDERDALE, FL 33314
(954) 792-3900

HOURS 7 AM - 5 PM MON - FRI   8 AM - 12 NOON SATURDAYS
HOLLYWOOD HOURS 7 AM - 5 PM MON - FRI   8 AM - 4 PM SAT   9 AM - 3 PM SUN
BENJAMIN MOORE PAINT • CORONADO PAINT • PAINTING SUPPLIES
MEDALLIONPAINTS.COM

* SEE REVERSE SIDE FOR TERMS AND CONDITIONS

Mike
Pellegrino

| PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|-------------|-------------|------|----------|-----------|-----------|-----|
| | | | | | 92 | 150 |
| | | | | | 9 | 4 |
| | | | | | | 25 |

| FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |
|---------|-------|-------|------------|------------|-------------|---------|-----------|
| | | RECEIVED BY: X | | | PAY THIS AMOUNT ▶ | | |



Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



# *Invoice*

| | |
|---|---|
| **Date** | 2/6/2013 |
| **Invoice #** | 19979 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/6/2013 |
| **Due Date** | 2/6/2013 |
| **Other** | |

| | |
|---|---:|
| Repairs | 95.38 |
| Reimbursement - Drinks | 29.26 |
| Taxi to pick up fiat | 33.00 |

| | |
|---|---:|
| | $157.64 |

EIN 01-0571558          (561) 870- 6666

| | |
|---|---:|
| | $0.00 |
| (561) 241-8442 | $157.64 |



**Publix**

1735 East Young Circle
Hollywood Circle
Hollywood, FL (954) 922-1531
Store Manager: Brian Jackson

```
ZEPHYR SPRING WATER
    5 @    3.99
You Saved           19.95
SAR SLCD BABY SWIS   0.50    F
DIET COCA-COLA       3.49  F
                     5.49  T F

Order Total         28.93
Sales Tax            0.33
Grand Total         29.26
Debit               29.26
Change               0.00
Payment

Savings Summary
Special Price Savings        0.50
***************************
* Your Savings at Publix    *
*                           *
*             0.50          *
***************************

PRESTO!
Reference #: 063289-003
Trace #: 0010017621
Acct #: XXXXXXXXXXXX4012
Debit  Purchase FROM CHECKING
Amount: $29.26
```

---

Lee's Locksmith & Bicycle Shop Inc.
1101 N. Federal Highway Hollywood, Fl 33020
Bike Dept. 954-925-5157
Lock Dept. 954-922-8546
Fax 954-922-8552
www.leesbicycleshop.com
www.leeslocksmith.com

LOCKSMITH & BICYCLES

Date  2 /6/13

Customer's Order No.  561 870-6666

M   MICHAE    PEVEOPAND
Address  914  S  S  LAKE  JR

| Sold by | Cash | C. O. D | Charge | On Acct. | Mdse. Ret. | Paid Out | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | DEADBOLT | | | | | | 5% | 30 | 00 |
| | REKEY (4) | of  CHANGE TO  THIS TYPE | | | | | | | |
| | | OPEN  CV | | | | | 5 9 | 44 |
| | | | | | | | | | |
| | | | | | | | 44 | 29 | 99 |
| | | | 23431 | | | | 5% | 5 | 39 |

ALL claims and returned goods MUST be accompanied by this bill.

Received by

No  9150

White Original · Yellow File · Pink Statement · Gold Audit

**60606**

60606

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---|---|---|---|---|---|---|---|
| 19979 | FL MAINT | | 02/06/13 | 157.64 | 0.00 | 0.00 | 157.64 |
| 19992 | FL MAINT | | 02/14/13 | 257.64 | 0.00 | 0.00 | 257.64 |
| 19993 | FL MAINT | 2 | 02/15/13 | 99.41 | 0.00 | 0.00 | 99.41 |
| 19999 | FL MAINT | 2 | 02/16/13 | 109.96 | 0.00 | 0.00 | 109.96 |
| 20000 | FL MAINT | 2 | 02/16/13 | 625.00 | 0.00 | 0.00 | 625.00 |
| 20003 | FL MAINT | | 02/16/13 | 200.00 | 0.00 | 0.00 | 200.00 |
| 20004 | FL MAINT | | 02/16/13 | 219.96 | 0.00 | 0.00 | 219.96 |

Total

$1669.61

Check Date 02/20/13

(Acct: 10000001-904)

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20004 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| | |
|---|---:|
| Reimbursement - Provisions | 177.76 |
| Reimbursement - Drinks | 15.90 |
| Reimbursement- Cleaning | 26.30 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---:|
| | $219.96 |
| | $0.00 |
| | $219.96 |

# Publix.

PUBLIX AT PLANTATION
1181 S. University Dr.
Plantation,FL 954-577-0542
Monica Melchor-Correll
COOKING SCHOOL
AT PLANTATION
publix.com/cookingschools

| | | |
|---|---|---|
| G/ADE STWBRY WTRML | | 5.00 T F |
| 1 @ 2 FOR   10.00 | | |
| You Saved | 2.39 | |
| G/ADE FRUIT PUNCH | | 5.00 T F |
| 1 @ 2 FOR   10.00 | | |
| You Saved | 2.39 | |
| G/ADE LEMON LIME | | 5.00 T F |
| 1 @ 2 FOR   10.00 | | |
| You Saved | 2.39 | |

| | |
|---|---|
| Order Total | 15.00 |
| Sales Tax | 0.90 |
| Grand Total | 15.90 |
| Credit      Payment | 15.90 |
| Change | 0.00 |

Receipt  Customer Copy

Thursday Feb 14, 2013 5:31 PM

Dry Cleaning Depot 61
8820 State Road 84
Davie, FL 33324
(954) 727-9403

Cortez, Ana
(954) 237-4891

| Invoice# | Price | |
|---|---|---|
| 02-611526 | 20.49 | Blanket clo Rem |
| 02-611527 | 5.81 | Shirt |
| Total Due: | $26.30 | |
| Amount Tendered: | $26.30 Credit Card | |
| Change: | $0.00 | |

Credit Card Information:

Name: CORTEZ ANA F
DISC: ************9878    (SWP)
Auth #:01418R

Amount:        $26.30 Sale

Thank You!

---

Davie, FL (954) 472-4511
Store Manager: Blanca Perez

| | | |
|---|---|---|
| BH MAPLE HONEY HAM | | 9.49 |
| BH OVENGOLD TURKEY | | 9.89 |
| You Saved | 1.10 | |
| PF SANDWICH BUNS | | 3.29 |
| PF HAMBURGER ROLLS | | 3.29 |
| OM CC BACON THICK | | 6.49 F |
| OM CC BACON THICK | | 6.49 F |
| OM CC BACON THICK | | 6.49 F |
| PBX DELI MUENSTR | | 6.09 F |
| You Saved | 0.53 | |
| BH TRIPLE PLAY | | 9.99 F |
| OJ HOMESTYLE TROP | | 4.99 F |
| You Saved | 1.80 | |
| CHOC CHIP COOKIE | | 3.69 F |
| PUBLIX EGGS X-LRGE | | 3.15 F |
| N/O 100% WHEAT BRD | | 3.15 F |
| PF SIMPLY HON OAT | | 4.29 F |
| PF SIMPLY HON OAT | | 4.29 F |
| Promotion | | -4.29 F |
| PLAIN BAGELS 4CT | | 1.79 F |
| EVERYTHING BGL 4CT | | 1.79 F |
| CERAMA BRYTE PADS | | 3.49 T |
| TOMATO ON THE VINE | | |
| 2.60 lb @   3.99/ lb | | 10.37 F |
| LETTUCE ICEBERG | | 1.59 F |
| PUBLIX PREM GLOVES | | |
| 1 @ 2 FOR   4.00 | | 2.00 T |
| PUBLIX PREM GLOVES | | |
| 1 @ 2 FOR   4.00 | | -2.00 T |
| PLAIN BAGELS 4CT | | 1.79 F |
| PHIL CC STRAWBERRY | | 2.69 F |
| PHIL CREAM CHEESE | | 4.99 F |
| SOFTSOAP LHS_SEA | | 2.99 T |
| SOFTSOAP HAND SOAP | | 2.99 T |
| SS LHS SHEA BUTTER | | 2.99 T |
| SOFTSOAP LHS_SEA | | 2.99 T |
| SS LHS SHEA BUTTER | | 2.99 T |
| ROUND PATTIES | | 5.88 F |
| You Saved | 0.68 | |
| ROUND PATTIES | | 2.92 F |
| You Saved | 0.34 | |
| ROUND PATTIES | | 3.09 F |
| You Saved | 0.36 | |
| BANANAS | | |
| 4.14 lb @   0.69/ lb | | 2.86 F |
| CHERRIES | | |
| 1.29 lb @   5.99/ lb | | 7.73 F |
| BROCCOLI FLORETS | | 2.80 F |
| ORANGES FLORIDA | | 2.99 F |
| RASPBERRIES RED | | 4.99 F |
| BLUEBERRIES | | 2.99 F |
| You Saved | 1.00 | |
| STRAWBERRIES PREM | | |
| 1 @ 2 FOR   4.00 | | 2.00 F |
| You Saved | 2.99 | |
| FRUIT SALAD MEDIUM | | 6.18 F |
| PUBLIX MILK FF | | 3.75 F |

| | |
|---|---|
| Order Total | 176.41 |
| Sales Tax | 1.35 |
| Grand Total | 177.76 |
| Credit      Payment | 177.76 |
| Change | |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Date** 2/16/2013
**Invoice #** 20003

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

**Ship Date** 2/16/2013
**Due Date** 2/16/2013
**Other**

| | |
|---|---:|
| Contract Labor - Battery Repair & Delivery | 200.00 |

| | |
|---|---:|
| | $200.00 |
| | $0.00 |
| | $200.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442



Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20000 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| | |
|---|---:|
| 2/11 Monday | 125.00 |
| 2/12 Tuesday | 125.00 |
| 2/13 Wednesday | 125.00 |
| 2/14 Thursday | 125.00 |
| 2/15 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---:|
| | $625.00 |
| | $0.00 |
| | $625.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 19999 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| Payroll period ending 2/10/2013 | 109.96 |
|---|---|

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $109.96 |
| | $0.00 |
| | $109.96 |

# *Invoice*

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

| | |
|---|---|
| **Date** | 2/15/2013 |
| **Invoice #** | 19993 |



Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

| **P.O. #** | | **Terms** | |
|---|---|---|---|
| | **Ship Date** | 2/15/2013 | |
| | **Due Date** | 2/15/2013 | |
| | **Other** | | |

| | |
|---|---|
| Reimbursement - Fish and Boat Supplies | 174.73 |
| Reimbursement - Fish and Boat Supplies Refund | -80.61 |
| Reimbursement - Supplies | 5.29 |

EIN 01-0571558

(561) 870-6666
(561) 241-8442

$99.41
$0.00
$99.41

**West Marine**

2401 S. Andrews Ave.
Fort Lauderdale, FL 33316
954-400-5323

| Qty | Price | Total |
|---|---|---|
| Tray-Battery Grp 24 2235539 | | |
| 1 | 17.49 | 17.49 |
| Tacklebox-3 Tray Grn/Off Wht 1997469 | | |
| 1 | 14.99 | 14.99 |
| Knife-Filet 9in 9508805 | | |
| 1 | 22.99 | 22.99 |
| Tripfish Sw10003001 Sw Leader 3219771 | | |
| 1 | 3.99 | 3.99 |
| Storm CBS081375 Saltwater Chug 10619278 | | |
| 1 | 8.89 | 8.89 |
| Equalizer 13003 3in Standard,Y 3175502 | | |
| 1 | 5.79 | 5.79 |
| Ss 27W-3 3in Popping Floats R/ 3189347 | | |
| 1 | 1.69 | 1.69 |
| Ss 27W-3 3in Popping Floats R/ 3189347 | | |
| 1 | 1.69 | 1.69 |
| Bullet Weight Ssr7 Split Shot 3086592 | | |
| 1 | 1.39 | 1.39 |
| Dehooker-Dual Handle 9-1/2in 11978574 | | |
| 1 | 17.99 | 17.99 |
| Sharpener-Knife 3000759 | | |
| 1 | 2.59 | 2.59 |
| Glove-Fisherman's L 11064532 | | |
| 1 | 6.99 | 6.99 |
| Tool-Pliers Ti 8in 11230190 | | |
| 1 | 39.99 | 39.99 |
| Oshaughnessy Ex-Sh Sz 1/0 8Pk 3049475 | | |
| 1 | 1.69 | 1.69 |
| Os ... 1/0 8Pk 3049475 | | |
| 1 | | |
| Li | | |
| 1 | | |

**AutoZone 2494**
1530 N FEDERAL HWY
HOLLYWOOD, FL
(954) 929-3884

| | | |
|---|---|---|
| #095989 06057 | | 4.99 P |
| Lynx | | |
| Battery Hold-Down Kit. 5 PC | | |
| #095983 06061 | | 2.99 P |
| Lynx 8" | | |
| Battery Hold-Down Bolts, 2 CT | | |
| | SUBTOTAL | 7.98 |
| | TOTAL TAX @ 6.000% | 0.48 |
| | TOTAL | 8.46 |
| | ... DEBIT | 8.46 |

**West Marine**

2401 S. Andrews Ave.
Fort Lauderdale,.FL 33316
954-400-5323

| Qty | Price | Total |
|---|---|---|
| Sharpener-Knife 3000759 | (2.59) | (2.59) |
| 1 | | |

No Hassle Guarantee

RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

| | | |
|---|---|---|
| Dehooker-Dual Handle 9-1/2in 11978574 | (17.99) | (17.99) |
| 1 | | |

No Hassle Guarantee

RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

| | | |
|---|---|---|
| Tray-Battery Grp 24 2235539 | (17.49) | (17.49) |
| 1 | | |

No Hassle Guarantee

RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

| | | |
|---|---|---|
| Knife-Filet 9in 9508805 | (22.99) | (22.99) |
| 1 | | |

No Hassle Guarantee

RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

| | | |
|---|---|---|
| Tacklebox-3 Tray Grn/Off Wht 1997469 | (14.99) | (14.99) |
| 1 | | |

No Hassle Guarantee

RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

| | |
|---|---|
| Subtotal | (76.05) |
| Sales Tax | (4.56) |
| **Total** | **(80.61)** |
| | (80.61) |
| Visa | |

************4012
Journal Key: 10P0000F10...

# ⚡ West Marine®



2401 S. Andrews Ave.
Fort Lauderdale, FL. 33316
954-400-5323

| Qty | Price | Total |
|---|---|---|
| 1 Tray-Battery Grp 24 2235539 | 17.49 | 17.49 |
| 1 Tacklebox-3 Tray Grn/Off Wht 1997469 | 14.99 | 14.99 |
| 1 Knife-Filet 9in 9508805 | 22.99 | 22.99 |
| 1 Tripfish Swl000300l Sw Leader 3219771 | 3.99 | 3.99 |
| 1 Storm C8508l375 Saltwater Chug 10619278 | 8.89 | 8.89 |
| 1 Equalizer 13003 3in Standard.v 3175502 | 5.79 | 5.79 |
| 1 Se 27N-3 3in Popping Floats R/ 3189347 | 1.69 | 1.69 |
| 1 Se 27N-3 3in Popping Floats R/ 3189347 | 1.69 | 1.69 |
| 1 Bullet Weight Ssr7 Split Shot 3086592 | 1.39 | 1.39 |
| 1 Dehooker-Dual Handle 9-1/2in 11978574 | 17.99 | 17.99 |
| 1 Sharpener-Knife 3000759 | 2.59 | 2.59 |
| 1 Glove-Fisherman's L 11064532 | 6.99 | 6.99 |
| 1 Tool-Pliers Ti 8in 11230190 | 39.99 | 39.99 |
| 1 Oshaughnessy Ex-Sh Sz 1/0 8Pk 3049475 | 1.69 | 1.69 |
| 1 Oshaughnessy Ex-Sh Sz 1/0 8Pk 3049475 | 1.69 | 1.69 |
| 1 Line-Spool 15LD 750Yd Clear 1/ 2956548 | 14.99 | 14.99 |

Subtotal      164.84
Sales Tax       9.89

| Total | 174.73 |
|---|---|

Debit Card ************4012
174.73

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



| | |
|---|---|
| **Date** | 2/14/2013 |
| **Invoice #** | 19992 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/14/2013 |
| **Due Date** | 2/14/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Supplies | 42.35 |
| Reimbursement - Supplies | 5.29 |
| Reimbursement - Basketball | 69.94 |
| Reimbursement - Supplies | 22.25 |
| Postage | 5.80 |
| Reimbursement -Gas | 59.39 |
| Reimbursement -Gas | 49.44 |
| Reimbursement - Supplies | 3.18 |

| | |
|---|---|
| | $257.64 |
| | $0.00 |
| | $257.64 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

**Walgreens**
There's a way™
#03002 202 S FEDERAL HWY
DANIA, FL 33004
954-920-0477

405        0129     0021   02/07/2013 2:04 PM

ENERGIZER ELEC BATT 2032           2S
  03980003280              A      39.95
  5 @ 7.99

  SUBTOTAL                         39.95
  SALES TAX A=6.0%                  2.40

  TOTAL                            42.35
  DEBIT CARD                       42.35
  CHANGE                             .00

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS
ON HUNDREDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. RESTRICTIONS APPLY. SEE
PROGRAM RULES FOR DETAILS. PLEASE GO
TO WALGREENS.COM/BALANCE.

  RFN# 0300-2210-1290-1302-0703

---

WELCOME

T012929855-001
GAS N GO
1040 S FEDERAL HIGHW
DANIA BEACH FL 3300

DATE       02/13/13
TIME       10:19 AM
AUTH# 660563
PIN USED

DEBIT
INC/MICHAEL PELLEG

PUMP    PRODUCT    PPG
03      UNLD     $3.699

GALLONS    TOTAL
16.057    $59.39

THANK YOU
HAVE A NICE DAY

---

| CUSTOMER'S ORDER NO. | | | | DATE 2-13- | |
|---|---|---|---|---|---|
| NAME Augler Bat z | | | | | |
| ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RE |
|---|---|---|---|---|---|

| QUAN. | | DESCRIPTION | PRICE |
|---|---|---|---|
| 1 | | | |
| 2 | 1 | Shring | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | tax |

RECEIVED BY

A-4705
T-46528         **KEEP THIS SLIP FOR REFERENCE**

49.44

```
                    Product
                    Description      Sale  Unit    Final
                                     Qty   Price    Price

                    @@ RYE NY 10580 Zone-6
                    Priority Mail Small           $5.80
                    Flat Rate Box
                    9.90 oz.
                    Expected Delivery: Sat 02/09/13
                    Label #:
                    9505 5101 6485 3037 6189 22

                    Issue PVI:                  ========
                                                  $5.80

                    Total:                      ========
                                                  $5.80
                    Paid by:
                    Debit Card
                      Account #:                  $5.80
                                    XXXXXXXXXXXX4012
                      Approval #:   171221
                      Transaction #: 593
                      23 902940899
                      Receipt#:     001721

                    @@ For tracking or inquiries go to
                    USPS.com or call 1-800-222-1811.
```

```
              Sports Authority # 336
                 4000 Oakwood Blvd
                 Hollywood, FL 33020
                   954.921.5379

                      SALE

TF-1000              6090360      59.99 A
HEAVY DUTY BBALL NET 23827710     5.99 A

SUBTOTAL
A = 6.000% Sales Tax            $65.98
TOTAL                            $3.96
DEBIT VISA                      $69.94
AUTH# 432628                    $69.94
02-13-2013 17:47:12
REFERENCE #:    170010

     * GET 5% BACK WITH THE LEAGUE *
    Join our free rewards program at
    sportsauthority.com/theleague

          Already a member?
     Go online to view or change
     your profile & print rewards.

  All returns & exchanges require
  an original receipt dated within
  30 days of purchase & must be
  in original packaging with all
  components in unused condition
  or have manufacturer defect.
```

```
13  19:47:03  0336 005 761119 7686
```

```
                              3900 OAKWOOD BLVD
                              HOLLYWOOD, FL  33020
                                 (954) 926-7589

          0196 02 3873 02/13/13 07:26:37 PM


                        SALE

011491440060                           $9.49
  OMX  Laser Ream
  Deal 226020116 Savings              ($9.49)
                            YOU PAY     $0.00

882780957329                          $20.99
  HP Ink 75 Tr1
011491440060                           $9.49
  OMX  Laser Ream
  Deal 226020116
011491440060                           $9.49
  OMX  Laser Ream
  Deal 226020116

             TOTAL SAVINGS           ($9.49)


SubTotal                             $39.97
Tax 6.000%                            $2.40
TOTAL                                $42.37

Debit
```

```
              AutoZone 2494
              1530 N FEDERAL HWY
                HOLLYWOOD, FL
                (954) 929-3884

#095989    06057
  Lynx                              4.99 P
  Battery Hold-Down Kit, 5 PC
#095983    06061
  Lynx 8"                          2.99 P
  Battery Hold-Down Bolts, 2 CT
                    SUBTOTAL       7.98
        TOTAL TAX @ 6.000%         0.48
                    TOTAL          8.46
XXXXXXXXXXXXX4012 DEBIT            8.46
                  APPROVAL #

REG #02  CSR #25 RECEIPT #987711
STR.   TRANS #431815
STORE #2494
DATE  02/13/2013 13:36

# OF ITEMS SOLD 2
```

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

60606

| Invoice / | Ref | | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---|---|---|---|---|---|---|---|
| 19979 | FL MAINT | | 02/06/13 | 157.64 | 0.00 | 0.00 | 157.64 ✓ |
| 19992 | FL MAINT | | 02/14/13 | 257.64 | 0.00 | 0.00 | 257.64 ✓ |
| 19993 | FL MAINT | 2 | 02/15/13 | 99.41 | 0.00 | 0.00 | 99.41 ✓ |
| 19999 | FL MAINT | 2 | 02/16/13 | 109.96 | 0.00 | 0.00 | 109.96 ✓ |
| 20000 | FL MAINT | 2 | 02/16/13 | 625.00 | 0.00 | 0.00 | 625.00 ✓ |
| 20003 | FL MAINT | | 02/16/13 | 200.00 | 0.00 | 0.00 | 200.00 ✓ |
| 20004 | FL MAINT | | 02/16/13 | 219.96 | 0.00 | 0.00 | 219.96 ✓ |

(Acct: 10000001-904)          Check Date 02/20/13          Total          $1669.61

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20004 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Provisions | 177.76 |
| Reimbursement - Drinks | 15.90 |
| Reimbursement- Cleaning | 26.30 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $219.96 |
| | $0.00 |
| | $219.96 |

# PUBLIX

PUBLIX AT PLANTATION
1181 S. University Dr.
Plantation,FL 954-577-0542
Monica Melchor-Correll

## COOKING SCHOOL
## AT PLANTATION

publix.com/cookingschools

| | | |
|---|---|---|
| G/ADE STWBRY WTRML | | 5.00 T F |
| 1 @  2 FOR    10.00 | | |
| **You Saved** | 2.39 | |
| G/ADE FRUIT PUNCH | | 5.00 T F |
| 1 @  2 FOR    10.00 | | |
| **You Saved** | 2.39 | |
| G/ADE LEMON LIME | | 5.00 T F |
| 1 @  2 FOR    10.00 | | |
| **You Saved** | 2.39 | |

| | |
|---|---|
| Order Total | 15.00 |
| Sales Tax | 0.90 |
| Grand Total | 15.90 |
| Credit       Payment | 15.90 |
| Change | 0.00 |

Receipt  Customer Copy

Thursday Feb 14, 2013 5:31 PM

Dry Cleaning Depot 61
8820 State Road 84
Davie, FL 33324
(954) 727-9403

Cortez, Ana
(954) 237-4891

| Invoice# | Price |
|---|---|
| 02-611526 | 20.49 |
| 02-611527 | 5.81 |
| **Total Due:** | **$26.30** |
| Amount Tendered: | $26.30 Credit Card |
| Change: | $0.00 |

Credit Card Information:

Name: CORTEZ ANA E
DISC *************9878      (SWP)
Auth #01418R

Amount    $26.30 Sale

Thank You!

---

Davie, FL (954) 472-4511
Store Manager: Blanca Perez

| | | |
|---|---|---|
| BH MAPLE HONEY HAM | 9.49 | |
| BH OVENGOLD TURKEY | 9.89 | |
| **You Saved** | 1.10 | |
| PF SANDWICH BUNS | 3.29 | F |
| PF HAMBURGER ROLLS | 3.29 | F |
| OM CC BACON THICK | 6.49 | F |
| OM CC BACON THICK | 6.49 | F |
| OM CC BACON THICK | 6.49 | F |
| PBX DELI MUENSTR | 6.09 | F |
| **You Saved** | 0.53 | |
| BH TRIPLE PLAY | 9.99 | F |
| OJ HOMESTYLE TROP | 4.99 | F |
| **You Saved** | 1.80 | |
| CHOC CHIP COOKIE | 3.69 | F |
| PUBLIX EGGS X-LRGE | 3.15 | F |
| N/O 100% WHEAT BRD | 3.15 | F |
| PF SIMPLY HON OAT | 4.29 | F |
| PF SIMPLY HON OAT | 4.29 | F |
| **Promotion** | -4.29 | F |
| PLAIN BAGELS 4CT | 1.79 | F |
| EVERYTHING BGL 4CT | 1.79 | F |
| CERAMA BRYTE PADS | 3.49 | T |
| TOMATO ON THE VINE | | |
| 2.60 lb @  3.99/ lb | 10.37 | F |
| LETTUCE ICEBERG | 1.59 | F |
| PUBLIX PREM GLOVES | | |
| 1 @  2 FOR    4.00 | 2.00 | T |
| PUBLIX PREM GLOVES | | |
| 1 @  2 FOR    4.00 | -2.00 | T |
| PLAIN BAGELS 4CT | 1.79 | F |
| PHIL CC STRAWBERRY | 2.69 | F |
| PHIL CREAM CHEESE | 4.99 | F |
| SOFTSOAP LHS_SEA | 2.99 | T |
| SOFTSOAP HAND SOAP | 2.99 | T |
| SS LHS SHEA BUTTER | 2.99 | T |
| SOFTSOAP LHS_SEA | 2.99 | T |
| SS LHS SHEA BUTTER | 2.99 | T |
| ROUND PATTIES | 5.88 | F |
| **You Saved** | 0.68 | |
| ROUND PATTIES | 2.92 | F |
| **You Saved** | 0.34 | |
| ROUND PATTIES | 3.09 | F |
| **You Saved** | 0.36 | |
| BANANAS | | |
| 4.14 lb @  0.69/ lb | 2.86 | F |
| CHERRIES | | |
| 1.29 lb @  5.99/ lb | 7.73 | F |
| BROCCOLI FLORETS | 2.80 | F |
| ORANGES FLORIDA | 2.99 | F |
| RASPBERRIES RED | 4.99 | F |
| BLUEBERRIES | 2.99 | F |
| **You Saved** | 1.00 | |
| STRAWBERRIES PREM | | |
| 1 @  2 FOR    4.00 | 2.00 | F |
| **You Saved** | 2.99 | |
| FRUIT SALAD MEDIUM | 6.18 | F |
| PUBLIX MILK FF | 3.75 | F |

| | |
|---|---|
| Order Total | 176.41 |
| Sales Tax | 1.35 |
| Grand Total | 177.76 |
| Credit       Payment | 177.76 |
| Change | 0.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20003 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Battery Repair & Delivery | 200.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $200.00 |
| | $0.00 |
| | $200.00 |



MICHAEL PELLEGRINO INC.
4941 NW 23RD CT
BOCA RATON, FL 33431

2043
83-27/631 FL
24076

2/13/2013

Pay to the
order of    Richard Luks          $ 400.00

Four Hundred                                   Dollars

**Bank of America**

ACH R/T 063100277 3100277
99Lg -200 13045
99Lg -200 ELECTRONIC WIRE          Richard Pelle....

⑈063100277⑈ 0037369729911⑈ 2043

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



| | |
|---|---|
| **Date** | 2/16/2013 |
| **Invoice #** | 20000 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/16/2013 |
| **Due Date** | 2/16/2013 |
| **Other** | |

| | |
|---|---:|
| 2/11 Monday | 125.00 |
| 2/12 Tuesday | 125.00 |
| 2/13 Wednesday | 125.00 |
| 2/14 Thursday | 125.00 |
| 2/15 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---:|
| | $625.00 |
| | $0.00 |
| | $625.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431


# *Invoice*

| | Date | 2/16/2013 |
|---|---|---|
| | Invoice # | 19999 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| Ship Date | 2/16/2013 |
|---|---|
| Due Date | 2/16/2013 |
| Other | |

| Payroll period ending 2/10/2013 | 109.96 |
|---|---|

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $109.96 |
| | $0.00 |
| | $109.96 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/15/2013 |
| **Invoice #** | 19993 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/15/2013 |
| **Due Date** | 2/15/2013 |
| **Other** | |

| | |
|---|---:|
| Reimbursement - Fish and Boat Supplies | 174.73 |
| Reimbursement - Fish and Boat Supplies Refund | -80.61 |
| Reimbursement - Supplies | 5.29 |

| | | |
|---|---|---:|
| | | $99.41 |
| EIN 01-0571558 | (561) 870-6666 | $0.00 |
| | (561) 241-8442 | $99.41 |

## West Marine®

2401 S. Andrews Ave.
Fort Lauderdale, FL  33316
954-400-5323

| Qty | Price | Total |
|---|---|---|
| Tray-Battery Grp 24 2235539 | | |
| 1 | 17.49 | 17.49 |
| Tacklebox-3 Tray Grn/Off Wht 1997469 | | |
| 1 | 14.99 | 14.99 |
| Knife-Filet 9in 9508805 | | |
| 1 | 22.99 | 22.99 |
| Tripfish Sw10003001 Sw Leader 3219771 | | |
| 1 | 3.99 | 3.99 |
| Storm CBS081375 Saltwater Chug 10619278 | | |
| 1 | 8.89 | 8.89 |
| Equalizer 13003 3in Standard,Y 3175502 | | |
| 1 | 5.79 | 5.79 |
| Ss 27W-3 3in Popping Floats R/ 3189347 | | |
| 1 | 1.69 | 1.69 |
| Ss 27W-3 3in Popping Floats R/ 3189347 | | |
| 1 | 1.69 | 1.69 |
| Bullet Weight Ssr7 Split Shot 3086592 | | |
| 1 | 1.39 | 1.39 |
| Dehooker-Dual Handle 9-1/2in 11978574 | | |
| 1 | 17.99 | 17.99 |
| Sharpener-Knife 3000759 | | |
| 1 | 2.59 | 2.59 |
| Glove-Fisherman's L 11064532 | | |
| 1 | 6.99 | 6.99 |
| Tool-Pliers Ti 8in 11230190 | | |
| 1 | 39.99 | 39.99 |
| Oshaughnessy Ex-Sh Sz 1/0 8Pk 3049475 | | |
| 1 | 1.69 | 1.69 |
| Os | 1/0 8Pk 3049475 | |
| 1 | | |
| Li | | |
| 1 | | |

---

## West Marine®

2401 S. Andrews Ave.
Fort Lauderdale, FL  33316
954-400-5323

| Qty | Price | Total |
|---|---|---|
| Sharpener-Knife 3000759 | (2.59) | (2.59) |
| 1 | | |
| No Hassle Guarantee | | |

### RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

Dehooker-Dual Handle 9-1/2in 11978574  (17.99)  (17.99)
1
No Hassle Guarantee

### RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

Tray-Battery Grp 24 2235539  (17.49)  (17.49)
1
No Hassle Guarantee

### RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

Knife-Filet 9in 9508805  (22.99)  (22.99)
1
No Hassle Guarantee

### RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

Tacklebox-3 Tray Grn/Off Wht 1997469  (14.99)  (14.99)
1
No Hassle Guarantee

### RETURN
Original Purchase Info
Store #:1292
Date:2/13/13
Trx #:3709
Register #:1

| | Subtotal | (76.05) |
| | Sales Tax | (4.56) |
| | Total | (80.61) |
| | | (80.61) |

Visa  xxxxxxxxxxxx4012
Journal Key: 1CP0000510000

---

```
AutoZone 2494
1530 N FEDERAL HWY
HOLLYWOOD, FL
(954) 929-3884

#095989   06057              4.99 P
  Lynx
  Battery Hold-Down Kit. 5 PC
#095983   06061              2.99 P
  Lynx 8"
  Battery Hold-Down Bolts, 2 CT
           SUBTOTAL          7.98
  TOTAL TAX @ 6.000%         0.48
           TOTAL            8.46
           VISA DEBIT       8.46
```

# ⌀ West Marine®

2401 S. Andrews Ave.
Fort Lauderdale, FL 33316
954-400-5323

| Qty | Price | Total |
|-----|-------|-------|
| Tray-Battery Grp 24 2235539 | | |
| 1 | 17.49 | 17.49 |
| Tacklebox-3 Tray Grn/Off Wht 1997469 | | |
| 1 | 14.99 | 14.99 |
| Knife-Filet 9in 9508805 | | |
| 1 | 22.99 | 22.99 |
| Tripfish Swl0003001 Sw Leader 3219771 | | |
| 1 | 3.99 | 3.99 |
| Storm CBS081375 Saltwater Chug 10619278 | | |
| 1 | 8.89 | 8.89 |
| Equalizer 13003 3in Standard,Y 3175502 | | |
| 1 | 5.79 | 5.79 |
| Ss 27W-3 3in Popping Floats R/ 3189347 | | |
| 1 | 1.69 | 1.69 |
| Ss 27W-3 3in Popping Floats R/ 3189347 | | |
| 1 | 1.69 | 1.69 |
| Bullet Weight Ssr7 Split Shot 3086592 | | |
| 1 | 1.39 | 1.39 |
| Dehooker-Dual Handle 9-1/2in 11978574 | | |
| 1 | 17.99 | 17.99 |
| Sharpener-Knife 3000759 | | |
| 1 | 2.59 | 2.59 |
| Glove-Fisherman's L 11064532 | | |
| 1 | 6.99 | 6.99 |
| Tool-Pliers Ti 8in 11230190 | | |
| 1 | 39.99 | 39.99 |
| Oshaughnessy Ex-Sh Sz 1/0 8Pk 3049475 | | |
| 1 | 1.69 | 1.69 |
| Oshaughnessy Ex-Sh Sz 1/0 8Pk 3049475 | | |
| 1 | 1.69 | 1.69 |
| Line-Spool 15Lb 750Yd Clear 1/ 2956548 | | |
| 1 | 14.99 | 14.99 |

| | | |
|---|---|---|
| | Subtotal | 164.84 |
| | Sales Tax | 9.89 |
| | **Total** | **174.73** |

Debit Card 174.73
  ***********4012

```
              Sales Receipt
Product          Sale  Unit      Final
Description      Qty   Price      Price

@@ RYE NV 10580 Zone-6           $5.80
Priority Mail Small
Flat Rate Box
9.90 oz.
Expected Delivery: Sat 02/09/13
Label #:
9505 5101 6485 3037 6189 22
                              ========
Issue PVI:                       $5.80

                              _____
Total:                           $5.80

Paid by:
Debit Card                       $5.80
  Account #:      XXXXXXXXXXXX4012
  Approval #:     171221
  Transaction #:  593
  23 902940899
  Receipt#:       001721

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

```
              Sports Authority # 336
                4000 Oakwood Blvd
               Hollywood, FL 33020
                 954.921.5379

                     SALE

TF-1000            6090360    59.99 A
HEAVY DUTY BBALL NET 23827710  5.99 A

SUBTOTAL                       $65.98
A = 6.000% Sales Tax            $3.96
TOTAL                          $69.94
DEBIT VISA                     $69.94
AUTH# 432628
02-13-2013 17:47:12
REFERENCE #:     170010


   * GET 5% BACK WITH THE LEAGUE *
   Join our free rewards program at
     sportsauthority.com/theleague

          Already a member?
       Go online to view or change
       your profile & print rewards.

     All returns & exchanges require
      an original receipt dated within
      30 days of purchase & must be
      in original packaging with all
      components in unused condition
       or have manufacturer defect.
```

```
  13  19:47:03  0336 005 761119 7686
```

```
              3900 OAKWOOD BLVD
              HOLLYWOOD, FL  33020
                (954) 926-7589

     0196 02 3873 02/13/13 07:26:37 PM


                     SALE

011491440060                     $9.49
OMX Laser Ream
Deal 226020116 Savings         ($9.49)
                   YOU PAY        $0.00

                                 $20.99

882780957329
HP Ink 75 Tri                    $9.49
011491440060
OMX Laser Ream
Deal 226020116
011491440060                     $9.49
OMX Laser Ream
Deal 226020116

      TOTAL SAVINGS            ($9.49)


SubTotal                        $39.97
Tax 6.000%                       $2.40
TOTAL                           $42.37

Debit
```

```
              AutoZone 2494
             1530 N FEDERAL HWY
               HOLLYWOOD, FL
                (954) 929-3884

#095989   06057                  4.99 P
Lynx
Battery Hold-Down Kit, 5 PC
#095983   06061                  2.99 P
Lynx 8"
Battery Hold-Down Bolts, 2 CT
                    SUBTOTAL      7.98
          TOTAL TAX @ 6.000%     0.48
                       TOTAL     8.46
XXXXXXXXXXXX4012 DEBIT           8.46
              APPROVAL #

REG #02  CSR #25 RECEIPT #987711
STR. TRANS #431815
STORE #2494
DATE 02/13/2013  13:36

#  OF  ITEMS  SOLD  2
```

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 2/14/2013 |
| **Invoice #** | 19992 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 2/14/2013 |
| **Due Date** | 2/14/2013 |
| **Other** | |

| Description | Amount |
|---|---|
| Reimbursement - Supplies | 42.35 |
| Reimbursement - Supplies | 5.29 |
| Reimbursement - Basketball | 69.94 |
| Reimbursement - Supplies | 22.25 |
| Postage | 5.80 |
| Reimbursement -Gas | 59.39 |
| Reimbursement -Gas | 49.44 |
| Reimbursement - Supplies | 3.18 |

|  | | |
|---|---|---|
| | | $257.64 |
| EIN 01-0571558 | (561) 870- 6666 | $0.00 |
| | (561) 241-8442 | $257.64 |

# Walgreens
### There's a way™
#03002 202 S FEDERAL HWY
DANIA, FL 33004
954-920-0477

405      0129    0021  02/07/2013 2:04 PM

ENERGIZER ELEC BATT 2032        2S
03980003280                   A    39.95
  5 @ 7.99

SUBTOTAL                          39.95
SALES TAX A=6.0%                   2.40

TOTAL                             42.35
DEBIT CARD                        42.35
CHANGE                              .00

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS
ON HUNDREDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. RESTRICTIONS APPLY. SEE
PROGRAM RULES FOR DETAILS. PLEASE GO
TO WALGREENS.COM/BALANCE.

RFN# 0300-2210-1290-1302-0703

---

| CUSTOMER'S ORDER NO. | | | | | DATE 2-13- | |
|---|---|---|---|---|---|---|
| NAME Angler Bait | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RE |
|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE |
|---|---|---|
| 1 | | |
| 2 | 1  String | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | Tax |

RECEIVED BY

A-4705
T-46528                    **KEEP THIS SLIP FOR REFERENCE**

---

WELCOME

T012929855-001
GAS N GO
1040 S FEDERAL HIGHW
DANIA BEACH  FL 3300

DATE      02/13/13
TIME      10:19 AM
AUTH# 660563
PIN USED

DEBIT
INC/MICHAEL PELLEG

PUMP  PRODUCT  PPG
03     UNLD   $3.699

GALLONS     TOTAL
16.057      $59.39

THANK YOU
HAVE A NICE DAY

49.44

3900 OAKWOOD BLVD
HOLLYWOOD, FL 33020
(954) 926-7589

0196 02 3873 02/13/13 07:26:37 PM

## SALE

| | |
|---|---|
| 011491440060 | $9.49 |
| OMX Laser Ream | |
| Deal 226020116 Savings | ($9.49) |
| YOU PAY | $0.00 |
| | $20.99 |
| 882780957329 | |
| HP Ink 75 Tri | $9.49 |
| 011491440060 | |
| OMX Laser Ream | |
| Deal 226020116 | $9.49 |
| 011491440060 | |
| OMX Laser Ream | |
| Deal 226020116 | |
| TOTAL SAVINGS | ($9.49) |

| | |
|---|---|
| SubTotal | $39.97 |
| Tax 6.000% | $2.40 |
| TOTAL | $42.37 |
| Debit | |

---

**Sales Receipt**

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| @@ RYE NY 10580 Zone-6 | | | $5.80 |
| Priority Mail Small | | | |
| Flat Rate Box | | | |
| 9.90 oz. | | | |
| Expected Delivery: Sat 02/09/13 | | | |
| Label #: | | | |
| 9505 5101 6485 3037 6189 22 | | | |
| Issue PVI: | | | $5.80 |
| Total: | | | $5.80 |

Paid by:
Debit Card                    $5.80
   Account #:        XXXXXXXXXXXXX4012
   Approval #:       171221
   Transaction #:    593
   23 902940899
   Receipt#:         001721

@@ for tracking or inquiries go to
USPS.com or call 1-800-222-1811.

---

Sports Authority # 336
4000 Oakwood Blvd
Hollywood, FL 33020
954.921.5379

### SALE

| | | |
|---|---|---|
| TF-1000 | 6090360 | 59.99 A |
| HEAVY DUTY BBALL NET | 23827710 | 5.99 A |

| | |
|---|---|
| SUBTOTAL | $65.98 |
| A * 6.000% Sales Tax | $3.96 |
| TOTAL | $69.94 |
| DEBIT VISA | $69.94 |

AUTH# 432628
02-13-2013 17:47:12
REFERENCE #:   170010

* GET 5% BACK WITH THE LEAGUE *
Join our free rewards program at
sportsauthority.com/theleague

Already a member?
Go online to view or change
your profile & print rewards.

All returns & exchanges require
an original receipt dated within
30 days of purchase & must be
in original packaging with all
components in unused condition
or have manufacturer defect.

13  19:47:03  0336 005 761119 7686

---

AutoZone 2494
1530 N FEDERAL HWY
HOLLYWOOD, FL
(954) 929-3884

| | | |
|---|---|---|
| #095989  06057 | | 4.99 P |
| Lynx | | |
| Battery Hold-Down Kit, 5 PC | | |
| #095983  06061 | | 2.99 P |
| Lynx 8" | | |
| Battery Hold-Down Bolts, 2 CT | | |
| SUBTOTAL | | 7.98 |
| TOTAL TAX @ 6.000% | | 0.48 |
| TOTAL | | 8.46 |
| XXXXXXXXXXXXX4012 DEBIT | | 8.46 |
| APPROVAL # | | |

REG #02  CSR #25  RECEIPT #987711
STR. TRANS #431815
STORE #2494
DATE 02/13/2013 13:36

# OF ITEMS SOLD 2

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

|  |  |
|---|---|
| **Date** | 2/14/2013 |
| **Invoice #** | 19992 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

|  |  |
|---|---|
| **Ship Date** | 2/14/2013 |
| **Due Date** | 2/14/2013 |
| **Other** | |

| | |
|---|---:|
| Reimbursement - Supplies | 42.35 |
| Reimbursement - Supplies | 5.29 |
| Reimbursement - Basketball | 69.94 |
| Reimbursement - Supplies | 22.25 |
| Postage | 5.80 |
| Reimbursement -Gas | 59.39 |
| Reimbursement -Gas | 49.44 |
| Reimbursement - Supplies | 3.18 |

| | | |
|---|---|---:|
| | | $257.64 |
| EIN 01-0571558 | (561) 870- 6666 | $0.00 |
| | (561) 241-8442 | $257.64 |

**Walgreens**
There's a way™
#03002 202 S FEDERAL HWY
DANIA, FL 33004
954-920-0477

405     0129    0021  02/07/2013 2:04 PM

ENERGIZER ELEC BATT 2032           2S
  03980003280           A         39.95
  5 @ 7.99

  SUBTOTAL                         39.95
  SALES TAX A=6.0%                  2.40

  TOTAL                            42.35
  DEBIT CARD                       42.35
  CHANGE                             .00

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS
ON HUNDREDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. RESTRICTIONS APPLY. SEE
PROGRAM RULES FOR DETAILS. PLEASE GO
TO WALGREENS.COM/BALANCE.

    RFN# 0300-2210-1290-1302-0703

WELCOME

T012929855-001
GAS N GO
1040 S FEDERAL HIGHW
DANIA BEACH FL 3300

DATE        02/13/13
TIME        10:19 AM
AUTH# 660563
PIN USED

DEBIT
INC/MICHAEL PELLEG

PUMP   PRODUCT   PPG
 03     UNLD    $3.699

GALLONS        TOTAL
16.057        $59.39

THANK YOU
HAVE A NICE DAY

| CUSTOMER'S ORDER NO. | | | | DATE 2-13- | |
|---|---|---|---|---|---|
| NAME | | | | | |
| ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RE |
| QUAN. | | DESCRIPTION | | | PRICE |
| 1 | | | | | |
| 2 | 1 | 5 Spring | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | tax |
| RECEIVED BY | | | | | |

A-4706
T-46528          **KEEP THIS SLIP FOR REFERENCE**

49.44

60646

60646

Vendor No: MPELLE  /  Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 20007 | MAINT | 02/22/13 | 25.23 | 0.00 | 0.00 | 25.23 ✓ |
| 20016 | MAINT | 02/23/13 | 125.00 | 0.00 | 0.00 | 125.00 ✓ |
| 20017 | MAINT | 02/23/13 | 175.00 | 0.00 | 0.00 | 175.00 ✓ |

(Acct: 10000001-901)                    Check Date 02/26/13                    Total        $325.23

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 2/22/2013
**Invoice #** 20007

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 2/22/2013
**Due Date** 2/22/2013
**Other**

| | |
|---|---|
| Reimbursement - Supplies | 12.56 |
| Reimbursement - Supplies | 12.67 |

| | |
|---|---|
| | $25.23 |
| | $0.00 |
| | $25.23 |

EIN 01-0571558
(561) 870- 6666
(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 2/23/2013
**Invoice #** 20016

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 2/23/2013
**Due Date** 2/23/2013
**Other**

| | |
|---|---|
| 2/13 Wednesday | 125.00 |

[redacted]

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 2/23/2013
**Invoice #** 20017

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 2/23/2013
**Due Date** 2/23/2013
**Other**

| | |
|---|---|
| Contract Labor - Electrical | 175.00 |

| | |
|---|---|
| | $175.00 |
| | $0.00 |
| | $175.00 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

60655

60655

Vendor No: MPELLE   / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---|---|---|---|---|---|---|---|
| 20006 | FL MAINT | | 02/22/13 | 87.24 | 0.00 | 0.00 | 87.24 |
| 20014 | FL MAINT | 2 | 02/23/13 | 87.97 | 0.00 | 0.00 | 87.97 |
| 20015 | FL MAINT2 | | 02/23/13 | 625.00 | 0.00 | 0.00 | 625.00 |
| 20018 | FL MAINT | 2 | 02/23/13 | 100.00 | 0.00 | 0.00 | 100.00 |

(Acct: 10000001-904)          Check Date 02/26/13                    Total        $900.21

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 2/23/2013
**Invoice #** 20014

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 2/23/2013
**Due Date** 2/23/2013
**Other**

| | |
|---|---|
| Payroll period ending 2/17/2013 | 87.97 |

| | |
|---|---|
| | $87.97 |
| | $0.00 |
| | $87.97 |

EIN 01-0571558
(561) 870- 6666
(561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 2/23/2013
**Invoice #** 20018

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 2/23/2013
**Due Date** 2/23/2013
**Other**

| | |
|---|---|
| Seadoo Delivery | 100.00 |

| | |
|---|---|
| [redacted] | $100.00 |
| | $0.00 |
| | $100.00 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2048
63-27/631 FL
24076

Date: 2/20/13

Pay To The Order Of: RICHARD LUKS $ 100.00

ONE HUNDRED & 00/100 Dollars

Security Features Details on Back.

Bank of America

ACH R/T 063100277

For: 914 BOATS DELIVERIES

MP

⑆063100277⑆ 003736972991⑈ 2048

Harland Clarke

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2047
63-27/631 FL
24076

Date: 2/20/13

Pay To The Order Of: RICHARD LUKS $ 175.00

ONE HUNDRED SEVENTY FIVE & 00/100 Dollars

Security Features Details on Back.

Bank of America

ACH R/T 063100277

For: 919 ELECTRICAL

MP

⑆063100277⑆ 003736972991⑈ 2047

Harland Clarke

# *Invoice*



| Date | 2/23/2013 |
|---|---|
| Invoice # | 20015 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

| P.O. # | | Terms | |
|---|---|---|---|
| Ship Date | 2/23/2013 | | |
| Due Date | 2/23/2013 | Other | |

| | |
|---|---|
| 2/11 Monday | 125.00 |
| 2/12 Tuesday | 125.00 |
| 2/13 Wednesday | 125.00 |
| 2/14 Thursday | 125.00 |
| 2/15 Friday | 125.00 |

EIN 01-0571558

(561) 870-6666
(561) 241-8442

| | $625.00 |
|---|---|
| | $0.00 |
| | $625.00 |



Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 2/22/2013
**Invoice #** 20006

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 2/22/2013
**Due Date** 2/22/2013
**Other**

| | |
|---|---|
| Reimbursement - Supplies | 67.24 |
| Reimbursement - Auto | 20.00 |

| | |
|---|---|
| | $87.24 |
| | $0.00 |
| | $87.24 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

A&A Vacuum

YOUR RECEIPT

THANK YOU

02/13/2013 11:08AM

000000#9722 01

CLERK01

DEPT.03

MDSE ST $11.95

TAX1 $11.95

$0.72

ITEMS 10

CASH $12.67

HOLLYWOOD, FL HOME DEPOT 954-922-7886
STORE MGR ANTHONY DUDLEY 954-922-7886

6310 00059 50670 02/20/13 06:13 PM
CASHIER SELF CHECK OUT - SCOT59

| | | |
|---|---|---|
| 073257005357 HUSKY 50CT <A> | | 23.97 |
| HUSKY 42G CONTRACTOR BAGS 50CT | | |
| 032247272100 R 10 LB. BAG <A> | | 27.48 |
| OSMOCOTE INDOOR/OUTDR PLNT FOOD 10LB | | |
| 063923975336 1 GAL GAS CA <A> | | 11.98 |
| 1 GAL GAS CAN | | |
| | SUBTOTAL | 63.43 |
| | SALES TAX | 3.81 |
| | TOTAL | $67.24 |
| XXXXXXXXXXXX4012 | DEBIT | 67.24 |
| AUTH CODE 731060 | | |

6310 59 50670 02/20/2013 6101

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 05/21/2013 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

Electric Moms

Pool

THE HOME DEPOT ®

More saving.
More doing.℠

HOLLYWOOD, FL HOME DEPOT 954-922-7886
STORE MGR ANTHONY DUDLEY 954-922-7886

6310 00003 09831 02/13/13 01:31 PM
CASHIER MARIA - MXL718

| | | |
|---|---|---|
| 034481066606 8 OZ GRAY <A> | | 4.64 |
| PVC SOLVENT CEMENT LOW VOC 8 OZ GR | | |
| 034481000068 COUPLING <A> | | |
| COUPLING 3/4" | | |
| 5@0.29 | | 1.45 |
| 034481000082 3/4"FEMALADP <A> | | 0.36 |
| FEMALE ADAPTER 3/4" | | |
| 012871626470 3/4 PVC BUSH <A> | | |
| 3/4"X1/2" PVC BUSHING SPGXS | | 1.84 |
| 4@0.46 | | 1.78 |
| 783250739547 REDWINGCON <A> | | |
| RED WINGED WIRE CNNCTR 10PK | | 1.78 |
| 783250739509 YELWINGCON <A> | | |
| YLW WINGED WIRE CNNCTR 12PK | | |
| | SUBTOTAL | 11.85 |
| | SALES TAX | 0.71 |
| | TOTAL | $12.56 |
| XXXXXXXXXXXX8961 | DEBIT | 12.56 |
| AUTH CODE 430569 | | |

60700

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

60700

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 20025 | FL MAINT2 | 03/02/13 | 852.80 | 0.00 | 0.00 | 852.80 |
| 20027 | FL MAINT2 | 03/02/13 | 625.00 | 0.00 | 0.00 | 625.00 |
| 20029 | FL MAINT2 | 03/04/13 | 120.36 | 0.00 | 0.00 | 120.36 |
| 20030 | FL MAINT 2 | 03/04/13 | 407.78 | 0.00 | 0.00 | 407.78 |

(Acct: 10000001-904)          Check Date 03/05/13          Total          $2005.94

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

**Date** 3/4/2013
**Invoice #** 20030

[redacted]

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

[redacted]

**P.O. #**
**Terms**

**Ship Date** 3/4/2013
**Due Date** 3/4/2013
**Other**

| [redacted] | [redacted] |
|---|---|
| Reimbursement - Supplies | 12.28 |
| Reimbursement - Supplies (Outdoor Floods) | 395.50 |

EIN 01-0571558

(561) 870- 6666
(561) 241-8442

| | |
|---|---|
| [redacted] | $407.78 |
| | $0.00 |
| | $407.78 |

CED - CARLSBAD
6106-A AVENIDA ENCINAS

CARLSBAD CA 92011-1093 USA
TEL: (760)438-9691 FAX: (760)931-1402
CONTACT: SHAREEF STRATTON

QUOTE FOR: CASH SALES ACCOUNT
ACCT: 66-00002 0949 COD ACCOUNT

SHIP TO: MICHAEL PELLEGRINO

, CA 92011
TEL:

| QUOTATION | | | PAGE 1 |
|---|---|---|---|
| QUOTE # 1022765 | DATE 03/04/2013 | REV # 0 | REV DATE 03/04/2013 |
| QUOTE EXPIRES 04/03/2013 | | PREPARED BY SS | |
| SLS 1090 | | INSLS 6742 | |
| FOB SHIPPING POINT | | FREIGHT PREPAID | |

| |
|---|
| CUST PO # |
| JOB NAME |

| LN | QTY | PRODUCT CODE | | DESCRIPTION | PRICE | PER | EXT AMT |
|---|---|---|---|---|---|---|---|
| 01 | 12 | ENER | 8800BL | 13W (1X13) FLOOD W/LAMP | 27.60 | E | 331.20 |
| 02 | 1 | FRT | INB | | 35.00 | E | 35.00 |

Walgreens
There's a way™
#05433 3900 N FEDERAL HWY
BOCA RATON, FL 33431
561-338-4747

243 2937 0021 03/03/2013 7:44 PM

ENERGIZER ELCTRONIC BATT 3V 2430
039800001752 A 11.58
2 @ 5.79

SUBTOTAL 11.58
SALES TAX A=6.0% 0.70

TOTAL 12.28
VISA ACCT 4012 12.28
CHANGE .00

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS ON HUNDREDS OF ITEMS IN-STORE AND ONLINE? SEE OUR WEEKLY AD FOR MORE INFORMATION. RESTRICTIONS APPLY. SEE PROGRAM RULES FOR DETAILS. PLEASE GO TO WALGREENS.COM/BALANCE.

MDSE: 366.20*
TAX: 29.30

TOTAL: 395.50**

**PLEASE NOTE:** This is not an offer to contract, but merely a quotation of current prices for your convenience and information. Orders based on this quotation are subject to your acceptance of C.E.D.'s terms and Conditions. We make no representation with respect to compliance with job specifications.

**CED - CARLSBAD**
6106-A AVENIDA ENCINAS
CARLSBAD CA 92011-1093 USA
TEL: (760)438-9691 FAX: (760)931-1402
CONTACT: SHARREF STRATTON

QUOTE FOR: CASH SALES ACCOUNT
ACCT: 66-00002 0946 COD ACCOUNT

SHIP TO: MICHAEL PELLEGRINO

TEL:
, CA 92011

# QUOTATION

| DATE | QUOTE # | REV# | REV DATE |
|---|---|---|---|
| 03/04/2013 | 1022765 | 0 | 03/04/2013 |

| QUOTE EXPIRES | 04/03/2013 |
|---|---|
| SLS | I090 |
| INSLS | 6742 |
| PREPARED BY | SS |

| SHIPPING POINT | FOB |
|---|---|
| FREIGHT | PREPAID |

CUST PO #

JOB NAME

| LN | QTY | PRODUCT CODE | DESCRIPTION | PRICE | | PER EXT AMT |
|---|---|---|---|---|---|---|
| 01 | 12 | ENER 8800RL | 13W (1X13) FLOOD W/LAMP | 27.60 | E | 331.20 |
| 02 | 1 | FRT INB | | 35.00 | E | 35.00 |

MDSE: 366.20*
TAX: 29.30
TOTAL: 395.50**

PLEASE NOTE: This is not an offer to contract, but merely a quotation of current prices for your convenience and information. Orders based on this quotation are subject to your acceptance of C.E.D.'s terms and Conditions. We make no representation with respect to compliance with job specifications.

# Invoice

**Date** 3/2/2013
**Invoice #** 20025

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

| P.O. # | Terms | | Ship Date | Due Date | Other |
|---|---|---|---|---|---|
| | | | 3/2/2013 | 3/2/2013 | |

| Item | Amount |
|---|---|
| Payroll period ending 2/24/13 | 131.95 |
| Contract Labor - Cleaning 2/23 | 108.00 |
| Contract Labor - Car and boat cleaning | 105.00 |
| Contract Labor - Electric and Boat Delivery | 200.00 |
| Towing Expenses | 25.00 |
| Contract Labor - Boat Pick up | 100.00 |
| Seadoo Repairs | 182.85 |

EIN 01-0571558

(561) 870-6666
(561) 241-8442

| | |
|---|---|
| | $852.80 |
| | $0.00 |
| | $852.80 |

MICHAEL PELLEGRINO INC.
4941 NW 23RD CT
BOCA RATON, FL 33431

2054
63-27/631 FL
24076

Date: 3/1/13

Pay To The Order Of: CARLOS MAYTA $ 130.00

ONE HUNDRED THIRTY + 00/00 Dollars

Security Features Details on Back.

Bank of America

ACH R/T 063100277

For: 9/19 = 25.00 CAR; 9/14 = 105.00 CAR + BOAT

MP

⑆063100277⑆ 003736972991⑈ 2054

Harland Clarke

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2050
63-27/631 FL
24076

Date: 2/27/13

Pay To The Order Of: RICHARD LUKS $ 25.00/00

TWENTY FIVE 00/00 Dollars

Bank of America

ACH R/T 063100277

For: TOWING EXPENSES

MP

⑆063100277⑆ 003736972991⑈ 2050

Harland Clarke

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2052
63-27/631 FL
24076

Date: 2/27/13

Pay To The Order Of: RICHARD LUKS $ 250.00/00

TWO HUNDRED FIFTY 00/00 Dollars

Bank of America

ACH R/T 063100277

For: 919 = 50.00 FUEL + GATE
914 = 200 FUEL + BOAT

MP

⑆063100277⑆ 003736972991⑈ 2052

Harland Clarke

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2053
63-27/631 FL
24076

Date: 2/28/13

Pay To The Order Of: RICHARD LUKS $ 100 00/00

ONE HUNDRED 00/00 Dollars

Security Features Details on Back.

**Bank of America**

ACH R/T 063100277

For: BOAT PICK UP INCLUDING VEHICLE

[signature] MP

⑆063100277⑆ 003736972991⑈ 2053

Harland Clarke

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2056
63-27/631 FL
24076

Date 3/9/13

Pay to the Order of MARCELA FINOTTI $ 108.00

ONE HUNDRED EIGHT & 00/00 Dollars

Security Features Details on Back.

**Bank of America**

ACH R/T 063100277

For 2/B/13 CLEANING CONTRACT LABOR

Michael Pellegrino MP

⑆063100277⑆ 003736972991⑈ 2056

Harland Clarke

# Sales Order

## Perry Performance Group, Inc.

175 SW 20th Way - N4
Dania Beach, FL 33004
Phone: 954-929-1636    Fax: 954-929-1737
www.perryperformancegroup.com
www.sea-doo.net

| | |
|---|---|
| Sales Order Number: | 47523 |
| Sales Order Date: | Feb 27, 2013 |
| Page: | 1 |

**Sold To:** 561-870-6666
MICHAEL PELLEGRINO
4941 NW 23 CT
BOCA RATON, FL 33431

**Ship To:**
RICHARD SEGAL
914 S SOUTHLAKE DR
HOLLYWOOD, FL 33019-1936

| Customer ID | VIN Number | Customer Contact | Shipping Method | Payment Terms | Sales Rep Name |
|---|---|---|---|---|---|
| PEILEGRINO MICHAEL | US-CECL436SA212 | 954-815-7070 JUNIOR | Cust. Pickup | C.O.D. | BUDDAH |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 2012 SEA-DOO | | |
| | | CHALLENGER | | |
| | | 210/430 | | |
| | | US-CECL436SA212 | | |
| | | ======================= | | |
| | | UNIT IN FOR 10 HR SERVICE. | | |
| | | | | |
| | | CUSTOMER ALSO STATED THAT ONE ENGINE | | |
| | | WOULD NOT RECEIVE WATER FROM HOSE FOR | | |
| | | FLUSH OUT, POSSIBLE CLOGGED COOLING | | |
| | | LINES. | | |
| | | ======================= | | |
| | | PLEASE INSPECT WEAR RINGS. | | |
| 1.00 | 10 HR SVC 4S | 10 HR SVC ( 4-STROKE ) TWIN ENGINE (JETBOAT) | 460.00 | 460.00 |
| 2.00 | 293600122 | HETILE SEMI*OIL 4T 3X1 GAL BLEND | 39.51 | 79.02 |
| 2.00 | 420580509 | *O RING    JOINT TORIQUE | 8.9 | 17.98 |
| 2.00 | 420230920 | *O-RING    JOINT TORIQUE | 7.49 | 14.98 |
| 2.00 | 420956741 | *FILTER OIL    FILTRE HUILE | 11.99 | 23.98 |
| 6.00 | 707000246 | *SPARK PLUG    BOUGIE | 3.66 | 21.96 |

| | | |
|---|---|---|
| Subtotal | Continued | |
| Sales Tax | Continued | |
| Freight | Continued | |
| TOTAL ORDER AMOUNT | Continued | |

I AUTHORIZE PERRY PERFORMANCE GROUP TO COMPLETE THE ABOVE REPAIR WORK AND IF NECESSARY TO TEST MY UNIT. PERRY PERFORMANCE GROUP WILL NOT BE HELD LIABLE FOR ANY DAMAGE CAUSED BY TESTING, FIRE, ACTS OF NATURE, OR THEFT. I HEREBY AUTHORIZE THE ABOVE REPAIRS, INCLUDING SUBLET WORK, ALONG WITH THE NECESSARY MATERIALS. UNITS NOT PICKED UP WITHIN 2 DAYS AFTER COMPLETION OF REPAIRS WILL BE CHARGED $50 PER DAY STORAGE FEE. NO RETURNS ON PARTS AND LABOR AFTER 30 DAYS. IF I CANCEL REPAIRS PRIOR TO THEIR COMPLETION FOR ANY REASON, I WILL BE CHARGED FOR THE TEARDOWN AND REASSEMBLY LABOR AND APPLICABLE FEES. IF YOU'RE NOT SATISFIED PLEASE CALL OR E-MAIL US AT RIGHT AWAY SO THAT WE CAN ARRANGE AN RMA FOR A RETURN.

[ ] I REQUEST A WRITTEN QUOTE.
[ ] I DO REQUEST A WRITTEN QUOTE IF REPAIR EXCEEDS $
[ ] I DO NOT REQUIRE A WRITTEN QUOTE.

Customer Signature _____    Date _____

# Perry Performance Group, Inc.

175 SW 20th Way - N
**Dania Beach, FL 33004**
**Phone: 954-929-1636    Fax: 954-929-1737**
www.perryperformancegroup.com
www.sea-doo.net

# Sales Order

Sales Order Number: 47523
Sales Order Date: Feb 27, 2013
Page: 2

**Sold To: 561-870-6666**
MICHAEL PELLIGRINO
4941 NW 23 CT
BOCA RATON, FL 33431

Ship To:
RICHARD SEGAL
914 S SOUTHLAKE DR
HOLLYWOOD, FL 33019-1936

| Customer ID | VIN Number | Sales Rep Name |
|---|---|---|
| PELLIGRINO MICHAEL | US-CBC1436SA212 | BUDDAH |

| Customer Contact | Shipping Method | Payment Terms |
|---|---|---|
| 954-815-7070 JUNIOR | Cust. Pickup | C.O.D. |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | OILDISP | STATE & COUNTY OIL DISPOSAL FEE | 10.00 | 10.00 |
| 2.00 | 293535632 | GRAISSE A2ALCO *BALL BEARING GREASE | 9.49 | 18.98 |
| 1.00 | 217300362 | ANTIGEL 12XI *ANTIFREEZE | 8.99 | 8.99 |
| 1.00 | SS | SHOP SUPPLIES | 15.00 | 15.00 |
| 1.50 | LABOR | LABOR TO: REMOVE SAND/DEBRIS FROM | 115.00 | 172.50 |
|  |  | COOLING LINES ON PORT ENGINE EXHAUST. |  |  |
| 1.00 |  | 10 HR SERVICE DISCOUNT PER BOAT | 670.89 | -670.89 |
|  |  | PURCHASE AGREEMENT. |  |  |

I AUTHORIZE PERRY PERFORMANCE GROUP TO COMPLETE THE ABOVE REPAIR WORK AND IF NECESSARY TO TEST MY UNIT. PERRY PERFORMANCE GROUP WILL NOT BE HELD LIABLE FOR ANY DAMAGE CAUSED BY TESTING, FIRE, ACTS OF NATURE, OR THEFT. I HEREBY AUTHORIZE THE ABOVE REPAIRS, INCLUDING SUBLET WORK, ALONG WITH THE NECESSARY MATERIALS. UNITS NOT PICKED UP WITHIN 2 DAYS AFTER COMPLETION OF REPAIR/SALE WILL BE CHARGED $20 PER DAY STORAGE FEE. NO RETURNS ON PARTS AND LABOR AFTER 30 DAYS. IF I CANCEL REPAIRS PRIOR TO THEIR COMPLETION FOR ANY REASON, I WILL BE CHARGED FOR THE TEARDOWN AND REASSEMBLY LABOR AND APPLICABLE FEES. IF YOU'RE NOT SATISFIED PLEASE CALL OR E-MAIL US AT RIGHT AWAY SO THAT WE CAN ARRANGE AN RMA FOR A RETURN.

| | AMOUNT |
|---|---|
| Subtotal | 172.50 |
| Sales Tax | 10.35 |
| Freight | 0.00 |
| **TOTAL ORDER** | 182.85 |

[ ] I REQUEST A WRITTEN QUOTE.
[ ] I DO REQUEST A WRITTEN QUOTE IF REPAIR EXCEEDS $
[ ] I DO NOT REQUIRE A WRITTEN QUOTE.

Customer Signature _____   Date _____

# Invoice

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

| Date | Invoice # |
|------|-----------|
| 3/2/2013 | 20027 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

| P.O. # | Terms |
|--------|-------|
|  |  |

| Ship Date | Due Date | Other |
|-----------|----------|-------|
| 3/2/2013 | 3/2/2013 |  |

| | |
|---|---|
| 2/25 Monday | 125.00 |
| 2/26 Tuesday | 125.00 |
| 2/27 Wednesday | 125.00 |
| 2/28 Thursday | 125.00 |
| 3/1 Friday | 125.00 |

EIN 01-0571558

(561) 870-6666
(561) 241-8442

| | |
|---|---|
| $625.00 | |
| $0.00 | |
| $625.00 | |

*InVoice* 

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

**Date** 3/4/2013
**Invoice #** 20029

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**
**Terms**

**Ship Date** 3/4/2013
**Due Date** 3/4/2013
**Other**

| Reimbursement - Supplies | | 120.36 |
|---|---|---|

EIN 01-0571558

(561) 870-6666          $0.00
(561) 241-8442          $120.36

$120.36
$0.00
$120.36

1400 WATERFORD PL DELRAY BEACH FL 33444
(561) 272-5127

6315 00057 70896 03/02/13 03:46 PM
CASHIER SELF CHECK OUT - SCOT57

| | |
|---|---|
| 070183510016 RU PNG 1.33 <A> | 17.42 |
| ROUNDUP PUMP N GO 1 33GAL | |
| NLP Savings $1.55 | |
| 043168495882 40CACLL4PK <A> | |
| GE 40W DBL LIFE BENT TP CAN BULB 4PK | |
| 5@3.97 | 19.85 |
| 046677230128 PLC13WPL-S <A> | |
| 272210PLC 13W PL-S CLLNT 2-PIN COOL | |
| 9@4.97 | 44.73 |
| 049057200193 KORKY+FLAPPR <A> | 4.58 |
| KORKY PLUS TOILET FLAPPER | |
| 027557684507 SOT3SPFCNTWH <A> | 19.97 |
| SKYLARK WHT 3 SPEED FAN CTRL | |
| 013600045005 60# SUN GEMS <A> | 6.99 |
| 60 LB SUN GEMS | |
| SUBTOTAL | 113.54 |
| SALES TAX | 6.82 |
| TOTAL | $120.36 |
| XXXXXXXXXXXX4012 DEBIT | 120.36 |

AUTH CODE 260895

NEW LOWER PRICE (NLP)SAVINGS $1.55

6315 57 70896 03/02/2013 6655

RETURN POLICY DEFINITIONS

| | POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|---|
| A | 1 | 90 | 05/31/2013 |

THE HOME DEPOT RESERVES THE RIGHT TO

**60680**

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

60680

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-------|----------|---------|----------|---------|----------|
| 20026 | MAINT | 03/02/13 | 75.00 | 0.00 | 0.00 | 75.00 |
| 20028 | MAINT | 03/02/13 | 125.00 | 0.00 | 0.00 | 125.00 |

Total  $200.00

Check Date 03/05/13

(Acct: 10000001-901)

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Ráton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 3/2/2013 |
| **Invoice #** | 20028 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 3/2/2013 |
| **Due Date** | 3/2/2013 |
| **Other** | |

| 2/27 Wednesday | 125.00 |
|---|---|

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $125.00 |
| | $0.00 |
| | $125.00 |

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 3/2/2013 |
| **Invoice #** | 20026 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

| | | |
|---|---|---|
| **P.O. #** | | |
| **Terms** | | |

| | |
|---|---|
| **Ship Date** | 3/2/2013 |
| **Due Date** | 3/2/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Electric and Gate | 50.00 |
| Contract Labor - Car Cleaning | 25.00 |

| | |
|---|---|
| | $75.00 |
| | $0.00 |
| | $75.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

**60731**

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

60731

| Invoice Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---|---|---|---|---|---|
| 20038 MAINT | 03/09/13 | 150.00 | 0.00 | 0.00 | 150.00 |

(Acct: 10000001-901)

Check Date 03/12/13                    Total                    $150.00

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Invoice**

| | |
|---|---|
| **Date** | 3/9/2013 |
| **Invoice #** | 20038 |

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 3/9/2013 |
| **Due Date** | 3/9/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Car Cleaning | 25.00 |
| 3/8 Friday | 125.00 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442

| | |
|---|---|
| | $150.00 |
| | $0.00 |
| | $150.00 |

**60745**

60745

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 20037 | FL MAINT2 | 03/09/13 | 1091.45 | 0.00 | 0.00 | 1091.45 |
| 20039 | FL MAINT 2 | 03/11/13 | 122.74 | 0.00 | 0.00 | 122.74 √ |

Check Date 03/12/13

(Acct: 10000001-904)

Total          $1214.19

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# *Invoice*

| | |
|---|---|
| **Date** | 3/9/2013 |
| **Invoice #** | 20037 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 3/9/2013 |
| **Due Date** | 3/9/2013 |
| **Other** | |

| | |
|---|---|
| Contract Labor - Van Buffing & Detail | 180.00 |
| Contract Labor - cleaning | 108.00 |
| 3/4 Monday | 125.00 |
| 3/5 Tuesday | 125.00 |
| 3/6 Wednesday | 125.00 |
| 3/7 Thursday | 125.00 |
| 3/8 Friday | 125.00 |
| Reimbursement - Supplies | 46.50 |
| Payroll period ending 3/3/13 | 131.95 |

| | |
|---|---|
| | $1,091.45 |
| EIN 01-0571558 | $0.00 |
| (561) 870-6666 | |
| (561) 241-8442 | $1,091.45 |



**More saving.**
®**More doing.**℠

DEERFIELD BEACH HOME DEPOT(954)427-0028
       STORE MGR.JOE GREELEY

0218  00029  17771    03/07/13  04:25 PM
CASHIER LINDA - LMR2805

046677230104 PLC13WPL-S <A>
    PLC 13W PL-S CFLNI 2-PIN SOFT WHITE
    304.97                       14.91
013600038328 40LB GEMS <A>
    40LB SUN GEMS
    505.79                       28.95

                    SUBTOTAL        43.86
                    SALES TAX        2.64
                    TOTAL          $46.50
XXXXXXXXXXXX4012 DEBIT             46.50
AUTH CODE 032275



**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2060

63-27/631 FL
24076

3/16/13

Pay To The Order Of CARLOS MAYTA

$ 205 00

Two Hundred Five & ———— 00

Dollars

**Bank of America**

ACH R/T 063100277

919 = WASH = $25.00
914 = BUFF OUT + DETAIL = $180.00

Michael Pell   MP

⑈063100277⑈ 003736972991⑈ 2060

Harland Clarke

---

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2058

63-27/631 FL
24076

3/16/13

Pay To The Order Of ANA CORTEZ

$ 110 82

One Hundred Ten & ———— 82/100

Dollars

**Bank of America**

ACH R/T 063100277

3/2/13

Michael Pellegrino   MP

⑈063100277⑈ 003736972991⑈ 2058

Harland Clarke

---

**MICHAEL PELLEGRINO INC.**
4941 NW 23RD CT
BOCA RATON, FL 33431

2059

63-27/631 FL
24076

3/16/13

Pay To The Order Of MARCELA FINOTI

$ 108 00

One Hundred Eight & ———— 00/100

Dollars

**Bank of America**

ACH R/T 063100277

3/2/13

Michael Pell   MP

⑈063100277⑈ 003736972991⑈ 2059

Harland Clarke

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice

| | |
|---|---|
| **Date** | 3/11/2013 |
| **Invoice #** | 20039 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 3/11/2013 |
| **Due Date** | 3/11/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Drinks | 22.74 |
| Carpet Repairs | 100.00 |

EIN 01-0571558

(561) 870-6666

(561) 241-8442

| | |
|---|---|
| | $122.74 |
| | $0.00 |
| | $122.74 |



# INVOICE

Mike Peligrino

Color Restoration
1830 NW 53 St
Sunrise, FL 33351

9/4

S Southpark DR
Hollywood

Date:

FROM:
Eric Whitaker

Ernies Cpt

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|

| Qty | Description | Amount |
|---|---|---|
| 1 | Restretch one room of cpt | 100 |

publix.

Hollywood Circle
1735 East Young Circle
Hollywood, FL (954) 922-1531
Store Manager: Brian Jackson

| | |
|---|---|
| DIET COCA-COLA C/F | 5.49 |
| | F |
| | 16.47 T F |
| | -5.49 T F |
| | 5.49 T F |
| | -2.89 T F |
| | 5.45 F |

3 @
Promotion
DIET COCA-COLA
PBX NATURAL SWISS
ZEPHYR SPRING WATER

24.81
0.99
25.80
25.80
0.00
2 )

Order Total
Sales Tax          Payment
Grand Total

5.49

Debit
Change

Savings Summary
Special Price Savings

#2061

| | |
|---|---|
| Subtotal | 100 |
| Sales Tax | |
| Total | 100 |

Eric Whitaker  Make all checks payable to _____.

**Thank you for your business!**



# INVOICE

Date:

FROM:

~~Eric Whitaker~~

Ernies Cpt

Mike Peligrino

~~Restoration~~
~~730 NW 53 St~~  914
~~Sunrise, FL 33351~~
    S Southpark DR
        Hollywood

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
|  |  |  |  |

| Qty | Description | | Amount |
|---|---|---|---|
| 1 | Restreth one room of cpt | | 100 |
|  |  |  |  |
|  |  | #2061 |  |
|  |  |  |  |

|  | Subtotal | 100 |
|---|---|---|
|  | Sales Tax |  |
|  | Total | 100 |

Eric Whitaker

Eric Whitaker

Make all checks payable to ~~Restoration Management~~.

**Thank you for your business!**

**60760**

Vendor No: MPELLE / Name: **MICHAEL PELLEGRINO, INC.**

| Invoice | Ref | Inv Date | Inv Amt | Discount | Adj Amt | Amt Paid |
|---------|-----|----------|---------|----------|---------|----------|
| 20041 | MAINT | 03/16/13 | 125.00 | 0.00 | 0.00 | 125.00 |

(Acct: 10000001-901)

Check Date 03/19/13

Total     $125.00

60760

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431



**Date**     3/16/2013
**Invoice #**   20041

Marilyn Segal
Debbie DePinho
Seavest inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

Ship To

**P.O. #**

**Terms**

**Ship Date**   3/16/2013
**Due Date**    3/16/2013
**Other**

| Description | | |
|---|---|---|
| 3/13 Wednesday | | 125.00 |

| | | |
|---|---|---|
| | Total | $125.00 |
| | | $0.00 |
| | Balance Due | $125.00 |

EIN 01-0571558                     (561) 870- 6666

                                   (561) 241-8442

Michael Pellegrino, Inc.
4941 NW 23rd Court
Boca Raton, FL 33431

# Invoice


| | |
|---|---|
| **Date** | 3/18/2013 |
| **Invoice #** | 20042 |

Rick Segal
Debbie DePinho
Seavest Inc.
707 Westchester Avenue, Suite 401
White Plains, New York 10604

**P.O. #**

**Terms**

| | |
|---|---|
| **Ship Date** | 3/18/2013 |
| **Due Date** | 3/18/2013 |
| **Other** | |

| | |
|---|---|
| Reimbursement - Provisions | 345.45 |

| | |
|---|---|
| | $345.45 |
| | $0.00 |
| | $345.45 |

EIN 01-0571558

(561) 870- 6666

(561) 241-8442