UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No.: 13-40418-PGH
                                                                      Chapter 7
MICHAEL JOHN PELLEGRINO,

    Debtor.
_____

MICHAEL R. BAKST, Trustee in
Bankruptcy for Michael John Pellegrino,

    Plaintiff.
vs.                                                                   Adv.Proc.No.: 14-01406-PGH

MICHAEL JOHN PELLEGRINO,

    Defendant.
_____/

### NOTICE OF FILING AFFIDAVIT OF FEES INCURRED IN DISCHARGE ACTION

    Michael R. Bakst, Trustee in Bankruptcy for Michael John Pellegrino, by and through undersigned counsel, hereby files this Notice of Filing Affidavit of Fees Incurred in Discharge Action.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated on this 17th day of December 2014.

                                                GREENSPOON MARDER, P.A.

                                                /s/ Michael R. Bakst
                                                _____
                                                MICHAEL R. BAKST, ESQ.
                                                Florida Bar No.: 866377
                                                Attorney for Plaintiff
                                                250 Australian Ave, Suite 700
                                                West Palm Beach FL 33401
                                                (561) 838-4523
                                                michael.bakst@gmlaw.com

**By regular U.S. Mail to:**
Michael John Pellegrino, 5525 N. Military Trail, #1310, Boca Raton FL 33496

20679780:1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No.: 13-40418-PGH
                                                                        Chapter 7
MICHAEL JOHN PELLEGRINO,

    Debtor.
_____

MICHAEL R. BAKST, Trustee in
Bankruptcy for Michael John Pellegrino,

    Plaintiff.
vs.                                                                     Adv.Proc.No.: 14-01406-PGH

MICHAEL JOHN PELLEGRINO,

    Defendant.
_____/

## AFFIDAVIT OF FEES INCURRED IN DISCHARGE ACTION

STATE OF FLORIDA
COUNTY OF PALM BEACH

    BEFORE ME, the undersigned authority, personally appeared MICHAEL R. BAKST, ESQ., who, being first duly sworn, deposes and says:

    1.    This law firm represents Michael R. Bakst, Trustee in Bankruptcy for Michael John Pellegrino, in the above styled matter. The fee arrangement with the client is $510.00 per hour for the time of partners, and $275.00 per hour for associates.

    2.    That as attorney for Michael R. Bakst, Trustee in Bankruptcy for Michael John Pellegrino, the following fees were incurred in the discharge action against the Defendant/Debtor, Michael John Pellegrino:

    **See Exhibit "A" attached hereto and made a part hereof**

20656667:1

3.  All of the services totaling $12,533.00 were performed or expended on behalf of Michael R. Bakst, Trustee in Bankruptcy for Michael John Pellegrino.

4.  This Affidavit is being filed pursuant to the Court's ruling in open Court on December 15, 2014, and pursuant to the final judgment to be entered by the Court in this adversary proceeding.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL R. BAKST

Sworn to and subscribed before me by MICHAEL R. BAKST this the 17th day of December 2014.

_____
Notary Public

DIANE LO CASCIO
Commission # EE 085289
Expires April 18, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

141216/dlc
29511.0246

20656667:1

12/16/2014 2:01

TIME WIP LISTING

Currency Code: USD

| Work Date | Timekeeper | Timekeeper Name | WIP Hours | WIP Amount | Matter Number | Matter Name | Narrative | Proforma |
|---|---|---|---|---|---|---|---|---|
| 4/7/2014 | 2002 | Michael R. Bakst | 3.00 | 1,530.00 | 29511.0246 | Pellegrino, Michael John | Prepare complaint objecting to discharge | |
| 4/8/2014 | 2002 | Michael R. Bakst | 1.20 | 612.00 | 29511.0246 | Pellegrino, Michael John | Finalize discharge complaint; emails with Debtor's counsel back and forth as to issues that exist in estate and attempts to find a way to make the estate whole | |
| 4/8/2014 | 2012 | Steven Fender | 1.00 | 395.00 | 29511.0246 | Pellegrino, Michael John | Prepare for and attend hearing on motion to extend 727 deadline | |
| 4/10/2014 | 2002 | Michael R. Bakst | 0.40 | 204.00 | 29511.0246 | Pellegrino, Michael John | Email to Debtor's counsel as to follow up on attempts to settle; receive response; review matter; prepare email in response | |
| 4/22/2014 | 2002 | Michael R. Bakst | 0.20 | 102.00 | 29511.0246 | Pellegrino, Michael John | Review email from Debtor; prepare email to Debtor's counsel explaining that I cannot engage in direct communications with their client | |
| 5/19/2014 | 2002 | Michael R. Bakst | 2.50 | 1,275.00 | 29511.0246 | Pellegrino, Michael John | Prepare for and attend 2004 exam of Elizabeth Pellegrino in her own bankruptcy. | |
| 6/2/2014 | 2002 | Michael R. Bakst | 1.00 | 510.00 | 29511.0246 | Pellegrino, Michael John | Prepare initial disclosure of witnesses and documents | |
| 6/3/2014 | 2007 | Rilyn Carnahan | 0.50 | 175.00 | 29511.0246 | Pellegrino, Michael John | Prepare order continuing hearing on motion to deem attorney client privilege waived; prepare order continuing pretrial; prepare order continuing deposition. | |
| 6/3/2014 | 2007 | Rilyn Carnahan | 1.10 | 385.00 | 29511.0246 | Pellegrino, Michael John | Attend hearing on motion to deem attorney client privilege waived. | |
| 6/23/2014 | 2007 | Rilyn Carnahan | 0.50 | 175.00 | 29511.0246 | Pellegrino, Michael John | Prepare for hearing on motion to deem attorney client privilege waived; conference with B. Elam; correspond with Trustee regarding same. | |
| 6/24/2014 | 2007 | Rilyn Carnahan | 1.40 | 490.00 | 29511.0246 | Pellegrino, Michael John | Attend hearing on motion to deem attorney client privilege waived; conference with Trustee regarding same. | |
| 6/26/2014 | 2007 | Rilyn Carnahan | 0.30 | 105.00 | 29511.0246 | Pellegrino, Michael John | Prepare order granting motion to deem attorney client privilege waived. | |
| 7/8/2014 | 2007 | Rilyn Carnahan | 0.30 | 105.00 | 29511.0246 | Pellegrino, Michael John | Review order on motion to deem attorney client privilege waived; discuss with Trustee. | |
| 7/11/2014 | 2002 | Michael R. Bakst | 2.00 | 1,020.00 | 29511.0246 | Pellegrino, Michael John | Prepare for and attend deposition of Joe Grant | |
| 9/24/2014 | 2002 | Michael R. Bakst | 8.00 | 4,080.00 | 29511.0246 | Pellegrino, Michael John | Prepare for and attend trial in discharge action. | |

Exhibit "A"

| Work Date | Timekeeper | Timekeeper Name | WIP Hours | WIP Amount | Matter Number | Matter Name | Narrative |
|---|---|---|---|---|---|---|---|
| 11/12/2014 | 2007 | Rilyn Carnahan | 1.70 | 350.00 | 29511.0246 | Pellegrino, Michael John | Attend status conference in adversary v. Debtor. |
| 12/15/2014 | 2002 | Michael R. Bakst | 2.00 | 1,020.00 | 29511.0246 | Pellegrino, Michael John | Prepare for and attend last day of trial in discharge action |

TOTAL:

Total: $ 12,533.00