

**ORDERED in the Southern District of Florida on December 22, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 13-40418-PGH |
| | Chapter 7 |
| **MICHAEL JOHN PELLEGRINO,** | |
|     Debtor. | |
| _____ | |
| **MICHAEL R. BAKST, Trustee in Bankruptcy for Michael John Pellegrino,** | |
|     Plaintiff. | |
| vs. | Adv.Proc.No.:  14-01406-PGH |
| **MICHAEL JOHN PELLEGRINO,** | |
|     Defendant. | |
| _____/ | |

## FINAL JUDGMENT

THIS MATTER came before the Court in West Palm Beach, Florida, on the 15th day of December 2014 for trial on the Trustee's Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 [ECF#1].    The Court having considered the evidence at trial, including the testimony of the Trustee and the Defendant, the documentary and other evidence admitted, as

20656850:1

well as having heard argument of counsel of the Trustee/Plaintiff and the Defendant, having made its findings of fact and conclusions of law on the record in open court pursuant to Federal Rule of Bankruptcy Procedure 7052, which incorporates Federal Rule of Civil Procedure 52, and being fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. The Defendant, Michael John Pellegrino ("Defendant"), shall receive his discharge in this bankruptcy proceeding.

2. The Court finds that the Defendant has improperly caused the estate to incur legal fees in having to litigate this adversary proceeding in order to reach the point that the Court could find that a discharge is warranted. Accordingly, pursuant to the Court's inherent powers and 11 U.S.C. § 105, final judgment is entered in favor of the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Michael John Pellegrino, and against the Defendant, Michael John Pellegrino, whereby the Plaintiff's law firm, Greenspoon Marder, P.A., shall have and recover from the Defendant, Michael John Pellegrino, attorney fees in the amount of $12,533.00, which shall accrue interest at the statutory rate allowed by law for all of which let execution issue.

3. The address for the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for Michael John Pellegrino, is 250 S. Australian Avenue, Suite 700, West Palm Beach, Florida 33401. The address for the Defendant, Michael John Pellegrino, 5525 N. Military Trail, #1310, Boca Raton, Florida 33496.

###

Submitted by:
Michael R. Bakst, Esq.
250 S. Australian Ave., Suite 700
West Palm Beach FL 33401
(561) 838-4523
michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve conformed copies of this order to the parties listed below and to file a certificate of service with the Court.]**
Michael John Pellegrino, 5525 N. Military Trail, #1310, Boca Raton FL 33496

141216/dlc
29511.0246


20656850:1